IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CONVOLVE, INC. § | |
| § | |
| V. § | |
| § | Civil Action No. 2:08cv244 DF-CE |
| DELL INC., § | |
| WESTERN DIGITAL CORPORATION, § | |
| HITACHI GLOBAL STORAGE § | |
| TECHNOLOGIES, INC. and HITACHI LTD. § | |

**ORDER ON DEFENDANTS' UNOPPOSED MOTION
FOR LEAVE TO AMEND INVALIDITY CONTENTIONS**

This Court, having considered the Motion for Leave to Amend Invalidity Contentions filed by Defendants Dell Inc., Hitachi Global Storage Technologies, Inc., Hitachi Ltd., and Western Digital Corporation ("Defendants"), and good cause having been shown, IT IS ORDERED that the Court:

GRANTS Defendants' Motion for Leave to Amend Invalidity Contentions; and

ORDERS Defendants to serve their amended invalidity contentions on Plaintiff Convolve within three (3) business days of the entry of this Order.

SIGNED this 30th day of December, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE

2173191