# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **CONVOLVE, INC.** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:08-cv-244 |
| | § | |
| **DELL INC., et al.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendants. | § | |

## NOTICE OF DISCLOSURE

Plaintiff Convolve, Inc. certifies that, pursuant to Fed. R. Civ. P. 26(a)(2), L.R. CV-26(b), this Court's Discovery Order at 1(h) (Docket No. 60), this Court's Docket Control Order (Docket No. 131), and this Court's Order extending the deadline for disclosure of expert rebuttal testimony (Docket No. 225), it served its "Rebuttal Expert Report of Dr. Val DiEuliis" in response to Dell's "Expert Report on Validity of the '473 Patent" on opposing counsel via electronic mail on February 21, 2011.

DATED:  February 21, 2011	Respectfully submitted,

/s/Elizabeth V. Thomas\_\_\_\_\_
Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Stephen E. Edwards
Texas Bar No. 00784008
see@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas  75606
Telephone:  (903) 757-8449
Facsimile:  (903) 758-7397

T. John Ward, Jr.
Texas State Bar No. 00794818
jw@jwfirm.com
WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, Texas  75606
Telephone:  (903) 757-6400
Facsimile:  (903) 757-2323

A. James Anderson (admitted *pro hac vice*)
Georgia Bar No. 016300
ajanderson@rkmc.com
Anna C. Halsey (admitted *pro hac vice*)
Georgia Bar No. 208034
achalsey@rkmc.com
Elizabeth V. Thomas (admitted *pro hac vice*)
Georgia Bar No. 624263
evthomas@rkmc.com
Ailis L. Burpee (admitted *pro hac vice*)
Georgia Bar No. 623492
alburpee@rkmc.com
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2600 One Atlanta Plaza
950 East Paces Ferry Road, N.E.
Atlanta, Georgia  30326-1386

        Marla R. Butler (admitted *pro hac vice*)
        Georgia Bar No. 099917
        mrbutler@rkmc.com
        Bryan J. Vogel (admitted *pro hac vice*)
        New York Bar No. 3933736
        bjvogel@rkmc.com
        ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
        601 Lexington Avenue
        34th Floor
        New York, NY 10022

        ***ATTORNEYS FOR PLAINTIFF CONVOLVE, INC.***

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 21st day of February 2011.

/s/Elizabeth V. Thomas  
Elizabeth V. Thomas