**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| CONVOLVE, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:08-cv-244 |
| | § | |
| DELL INC., | § | JURY TRIAL DEMANDED |
| WESTERN DIGITAL CORPORATION, | § | |
| HITACHI GLOBAL STORAGE | § | |
| TECHNOLOGIES, INC., and | § | |
| HITACHI LTD., | § | |
| | § | |
| Defendants. | § | |

**DECLARATION OF TAMMY PENNINGTON RHODES**

I, Tammy Pennington Rhodes, declare as follows:

1. I, Tammy Pennington Rhodes, am an attorney at Baker Botts L.L.P., counsel for Dell Inc. I am over twenty-one years of age. I reside in Humble, Texas.

2. I have personal knowledge of the information in this Declaration.

3. Attached hereto as Exhibit A is a copy of an email from Anna C. Halsey to Scott Partridge *et al.* dated February 23, 2011.

4. Attached hereto as Exhibit B is a copy of an excerpt from the Rebuttal Expert Report of Dr. Val DiEuliis on behalf of Convolve served February 21, 2011.

5. Attached hereto as Exhibit C is a copy of an excerpt of the 30(b)(6) Deposition Transcript of Dr. Neil Singer, dated March 22, 2011.

6. Attached hereto as Exhibit D is a copy of an excerpt of U.S. Patent No. 6,314,473 to Neil Singer, *et al*.

7. Attached hereto as Exhibit E is a copy of an excerpt of the Transcript from the Markman Hearing of October 12, 2010, Case No. 2:08-cv-244, Dkt. No. 198.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 30, 2011 at Houston, Texas.

/s/ Tammy Pennington Rhodes

Tammy Pennington Rhodes
Humble, Texas