# EX. C

HOU03:1258892.1

1
2         IN THE UNITED STATES DISTRICT COURT
3           FOR THE EASTERN DISTRICT OF TEXAS
4                   MARSHALL DIVISION
5
     CONVOLVE, INC.,                    )
6                                       )
          Plaintiff,                    )
7                                       ) Civil Action No.
              vs.                       ) 2:08-cv-244
8                                       )
     DELL INC., WESTERN DIGITAL         )
9    CORPORATION, HITACHI               )
     GLOBAL STORAGE                     )
10   TECHNOLOGIES, INC., and            )
     HITACHI LTD.,                      )
11                                      )
          Defendants.                   )
12   _____    )
13
14
15             HIGHLY CONFIDENTIAL
16   OUTSIDE ATTORNEYS' EYES ONLY VIDEOTAPED
17          RULE 30 (b)(6) DEPOSITION OF
18                  NEIL SINGER
19               Atlanta, Georgia
20            Tuesday, March 22, 2011
21
22
23
24   Reported by:
     PATRICIA A. BIDONDE, RPR
25   JOB #: 37481

1
2
3
4
5
6              March 22, 2011
7              9:43 a.m.
8
9
10    Rule 30(b)(6) Confidential
11  Videotaped Deposition of Convolve
12  through its representative, Neil Singer,
13  held at the offices of Robins, Kaplan,
14  Miller & Ciresi L.L.P., 2600 One Atlanta
15  Plaza, Atlanta, Georgia, before Patricia
16  A. Bidonde, a Registered Professional
17  Reporter and Notary Public of the State
18  of New York.
19
20
21
22
23
24
25

1  Singer - Highly Confidential - Outside Attorneys Eyes Only

2  they are.  They're from -- actually, I don't

3  know.  I'd have to look at the drive.

4          Q.    Okay.

5          A.    You want me to do that or --

6          Q.    That's fine.

7                Is it your understanding that

8  today the disk drives that Dell ships in its

9  computer systems have an internal processor?

10         A.    I believe that all drives from

11 the time we were working on disk drives to the

12 present have had internal processors.  I'm not

13 aware of any, except for ones in the early

14 days of computing before we worked on disk

15 drives, that didn't.

16         Q.    If you were to take one of those

17 disk drives in a Dell system, and cut out the

18 internal processor, would that disk drive

19 function?

20         A.    No.

21         Q.    How did you get involved with the

22 T13 committee with regard to the invention of

23 the '473 patent?

24         A.    I've had no involvement with the

25 T13 committee.  My only interaction with them