**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| CONVOLVE, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:08-cv-244 |
| | § | |
| DELL INC., | § | JURY TRIAL DEMANDED |
| WESTERN DIGITAL CORPORATION, | § | |
| HITACHI GLOBAL STORAGE | § | |
| TECHNOLOGIES, INC., and | § | |
| HITACHI LTD., | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING DELL INC.'S OPPOSED MOTION FOR CLARIFICATION**

Now before the Court is Dell Inc's Opposed Motion for Clarification. The Court finds that Dell Inc's Motion for Clarification is well-founded.

Upon consideration of the parties' submissions, the Court finds this Motion should be and is GRANTED. The Court clarifies that the scope of "data storage device" includes any internal processor that is necessary for the disk drive to store data and for the head to move across the surface of the disk and read and write data.