IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CONVOLVE, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:08-cv-244 |
| | § | |
| DELL INC., WESTERN DIGITAL CORPORATION, HITACHI GLOBAL STORAGE TECHNOLOGIES, INC., and HITACHI LTD., | § § § § | |
| | § | |
| Defendants. | § | |

## NOTICE OF ATTORNEY APPEARANCE

Notice is given that the undersigned, Kimball R. Anderson, hereby enters an appearance for Defendant Dell Inc. in the above-entitled case and requests that all future pleadings and papers filed under Fed. R.Civ. P. 5 be served on him through the Court's CM/ECF system per Local Rule CV-5(a)(3).

Dated: April 5, 2011                         Respectfully submitted,

                                             */s/ Kimball R. Anderson*
                                             Scott Partridge
                                             Lead Attorney
                                             Texas State Bar No. 00786940
                                             Roger Fulghum
                                             Texas State Bar No. 00790724
                                             Amanda Woodall
                                             Texas State Bar No. 24028139
                                             Tammy Pennington Rhodes
                                             Texas State Bar No. 24051182
                                             Bradley Bowling
                                             Texas State Bar No. 24040555
                                             BAKER BOTTS L.L.P.

One Shell Plaza
910 Louisiana
Houston, Texas 77002-4995
Telephone:  (713) 229-1234
Facsimile:   (713) 229-1522
E-mail: scott.partridge@bakerbotts.com
E-mail: roger.fulghum@bakerbotts.com
E-mail: amanda.woodall@bakerbotts.com
E-mail: tammy.pennington@bakerbotts.com
E-mail: brad.bowling@bakerbotts.com

Kimball R. Anderson
Illinois Bar No. 00049980
Winston & Strawn
35 W. Wacker Drive
Chicago, Illinois  60601-9703
Telephone: (312) 558-5858
Facsimile: (312) 558-5700
E-mail: Kanderson@winston.com

Michael C. Smith
Texas State Bar No. 18650410
Siebman, Burg, Phillips & Smith, LLP
P.O. Box 1556
Marshall, Texas 75671
Telephone:  (903) 938-8900
Facsimile:  (972) 767-4620
E-mail:  michaelsmith@siebman.com

Deron R. Dacus
Texas State Bar No. 00790553
Ramey & Flock, P.C.
100 East Ferguson, Suite 500
Tyler, Texas 75702
Telephone:  (903) 597-3301
Facsimile:  (903) 597-2413
E-mail:  ddacus@rameyflock.com

**ATTORNEYS FOR DELL INC.**

## **CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 5th day of April, 2011 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

               /s/   *Kimball R. Anderson*
                Kimball R. Anderson