# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CONVOLVE, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:08-cv-244 |
| | § | |
| DELL INC., | § | |
| WESTERN DIGITAL CORPORATION, | § | |
| HITACHI GLOBAL STORAGE | § | |
| TECHNOLOGIES, INC., and | § | |
| HITACHI LTD., | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT DELL INC.'S SUR-REPLY TO PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT ITS LOCAL PATENT RULE 3-1 AND 3-2 DISCLOSURES**

Dell incorporates the arguments made by Western Digital and Hitachi in their sur-reply (Docket No. 268) on Convolve's motion for leave to supplement its infringement contentions. In Convolve's reply on Dell's response, Convolve claims for the first time that the inclusion of Seagate drives in its motion papers was a "cut and paste error." Docket. No. 261 at n. 2. This claim is belied by the fact that Convolve has never attempted to correct its motion papers to remove this "cut and paste error" as to Seagate drives. Moreover, Convolve's proposed amended infringement contentions are late, having been made well outside the period for amendments as of right under P.R. 3-6(a)(1). Convolve's motion for leave to amend its infringement contentions should be denied.

| | | |
|---|---|---|
| Date: April 7, 2011 | By: | /s/ Roger Fulghum |

Scott Partridge
Lead Attorney
Texas State Bar No. 00786940
Roger Fulghum
Texas State Bar No. 00790724
Tammy Pennington Rhodes
Texas State Bar No. 24051182
Bradley Bowling
Texas State Bar No. 24040555
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Facsimile: (713) 229-1522
E-mail: scott.partridge@bakerbotts.com
E-mail: roger.fulghum@bakerbotts.com
E-mail: tammy.pennington@bakerbotts.com
E-mail: brad.bowling@bakerbotts.com

Michael C. Smith
Texas State Bar No. 18650410
Siebman, Burg, Phillips & Smith, LLP
P.O. Box 1556
Marshall, Texas 75671
Telephone: (903) 938-8900
Facsimile: (972) 767-4620
E-mail: michaelsmith@siebman.com

Deron R. Dacus
Texas State Bar No. 00790553
Ramey & Flock, P.C.
100 East Ferguson, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-3301
Facsimile: (903) 597-2413
E-mail: ddacus@rameyflock.com

Kimball R. Anderson
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5858
Facsimile: (312) 558-5600
E-mail: kanderson@winston.com

Marcus T. Hall
Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, California 90071-1543
Telephone: (213) 615-1733
Facsimile: (415) 591-1400
E-mail: mthall@winston.com

## **CERTIFICATE OF SERVICE**

        I hereby certify that the foregoing document was filed electronically on April 7, 2011 pursuant to Local Rule CV-5(a) and has been served on all counsel who are deemed to have consented to electronic service.

        /s/ Roger Fulghum
        Roger Fulghum