IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CONVOLVE, INC. § | |
| § | |
| V. § | |
| § | Civil Action No. 2:08cv244 DF-CE |
| DELL INC., § | |
| WESTERN DIGITAL CORPORATION, § | |
| HITACHI GLOBAL STORAGE § | |
| TECHNOLOGIES, INC. and HITACHI LTD. § | |

**DEFENDANT WESTERN DIGITAL CORPORATION'S
NOTICE OF DISCLOSURE OF SECOND AMENDED INITIAL DISCLOSURES**

Pursuant to the Court's Discovery Order dated March 6, 2009, and to Rules 16 and 26 of the Federal Rules of Civil Procedure, Defendant Western Digital Corporation notifies the Court that on April 12, 2011, it served Western Digital's Second Amended Initial Disclosures via e-mail on counsel of record in this action.

Respectfully submitted,

*/s/ Bruce Wessel*
Bruce Wessel (admitted pro hac vice)
Lead Attorney
California State Bar No. 116734
IRELL & MANELLA LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, California 90067-4276
Telephone:  (310) 203-7045
Facsimile:  (310) 203-7199
E-mail:  bwessel@irell.com

Harold Kip Glasscock, Jr.
Texas State Bar No. 08011000
KIP GLASSCOCK ATTORNEY AT LAW
550 Fannin
Suite 1350
Beaumont, TX 77701
Telephone:  (409) 833-8822
Email:  kipglasscock@hotmail.com

Melissa Richards Smith
Texas State Bar No. 24001351
GILLAM & SMITH, L.L.P.

303 South Washington Avenue
Marshall, Texas 75670
Phone: (903) 934-8450
Facsimile: (903) 934-9257
Email:  Melissa@gillamsmithlaw.com

**ATTORNEYS FOR DEFENDANT WESTERN DIGITAL CORPORATION**

## CERTIFICATE OF SERVICE

    I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: April 12, 2011                               /s/ *Thomas C. Werner*
                                                                Thomas C. Werner