# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CONVOLVE, INC., § | |
| § | |
| Plaintiff, § | |
| § | Case No. 2:08-cv-244 |
| v. § | |
| § | |
| DELL INC., WESTERN DIGITAL § | |
| CORPORATION, HITACHI GLOBAL § | |
| STORAGE TECHNOLOGIES, INC., and § | |
| HITACHI LTD., § | |
| § | |
| Defendants. § | |
| § | |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Notice is hereby given of the appearance of Patricia Young of KASOWITZ, BENSON, TORRES & FRIEDMAN LLP as counsel of record in this case for Defendants HITACHI GLOBAL STORAGE TECHNOLOGIES, INC. and HITACHI LTD. The contact information for additional counsel is as follows:

>Patricia Young (NY STATE BAR)
>E-Mail: pyoung@kasowitz.com
>KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
>1633 Broadway
>New York, NY 10019-6799
>Telephone: (212) 506-1700
>Facsimile: (212) 506-1800

DATED: April 19, 2011          KASOWITZ BENSON TORRES & FRIEDMAN LLP

                               By:   */s/ Patricia Young*
                               ─────────────────────────────
                               Attorney for Defendants
                               HITACHI GLOBAL STORAGE TECHNOLOGIES,
                               INC. and HITACHI LTD.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically on April 19, 2011 pursuant to Local Rule CV-5(a) and has been served on all counsel who are deemed to have consented to electronic service.

                                          */s/ Patricia Young*
                                          Patricia Young