IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **CONVOLVE, INC.** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:08-cv-244 |
| | § | |
| **DELL INC., et al.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendants. | § | |

## NOTICE OF DISCLOSURE

Plaintiff Convolve, Inc. certifies that, pursuant to Fed. R. Civ. P. 26(a)(2), L.R. CV-26(b), this Court's Discovery Order at 1(h) (Docket No. 60), this Court's Docket Control Order (Docket No. 253), it served its **"Expert Reports of Gregory K. Leonard, PH.D. and Dr. Kent D Van Liere"** on opposing counsel via electronic mail only on April 22, 2011.

30424878.1

DATED:  April 22, 2011						Respectfully submitted,

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**


*/s/ Elizabeth V. Thomas*_____
A. James Anderson (admitted *pro hac vice*)
Georgia Bar No. 016300
Anna C. Halsey (admitted *pro hac vice*)
Georgia Bar No. 208034
Elizabeth V. Thomas (admitted *pro hac vice*)
Georgia Bar No. 624263
Ailis L. Burpee (admitted *pro hac vice*)
Georgia Bar No. 623492

2600 One Atlanta Plaza
950 East Paces Ferry Road, N.E.
Atlanta, Georgia  30326-1386
Telephone:  (404) 760-4300
Facsimile:  (404) 233-1267
Email:  ajanderson@rkmc.com
Email:  achalsey@rkmc.com
Email:  evthomas@rkmc.com
Email:  alburpee@rkmc.com

Marla R. Buter (admitted *pro hac vice*)
Georgia Bar No. 099917
Bryan J. Vogel (admitted *pro hac vice*)
New York Bar No. 3933736

601 Lexington Avenue
34th Floor
New York, NY  10022
Telephone:  (212) 980-7400
Facsimile: (212) 980-7499
Email:  mrbutler@rkmc.com
Email:  bjvogel@rkmc.com

Eric M. Albritton
Texas State Bar No. 00790215
Stephen E. Edwards
Texas Bar No. 00784008
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas  75606
Telephone:  (903) 757-8449
Facsimile:  (903) 758-7397
Email:  ema@emafirm.com
Email: see@emafirm.com

2

30424878.1

T. John Ward, Jr.
Texas State Bar No. 00794818
WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, Texas  75606
Telephone:  (903) 757-6400
Facsimile:  (903) 757-2323
Email:  jw@jwfirm.com

***ATTORNEYS FOR PLAINTIFF CONVOLVE, INC.***

30424878.1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CONVOLVE, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:08-cv-244 |
| | § | |
| DELL INC., et al. | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing **"Notice of Disclosure for Expert Reports of Gregory K. Leonard, PH.D. and Dr. Kent D Van Liere"** has been served upon the following counsel of record via electronic mail only, this 22nd day of April, 2011:

| | |
|---|---|
| Scott F. Partridge<br>Roger Fulghum<br>Tammy Pennington<br>Brad Bowling<br>Amanda Woodall<br>BAKER BOTTS L.L.P.<br>One Shell Plaza<br>910 Louisiana Street<br>Houston, TX  77002-4995 | Douglas E. Lumish<br>Jeffrey Homrig<br>Joseph H. Lee<br>Joseph B. Shear<br>Jeremy Jason Lang<br>KASOWITZ, BENSON, TORRES &<br>FRIEDMAN LLP<br>101 California Street, Suite 2300<br>San Francisco, California  94111 |
| Michael C. Smith<br>SIEBMAN, REYNOLDS, BURG, PHILLIPS<br>& SMITH., L.L.P.<br>713 South Washington<br>Marshall, TX  75670 | Patricia Young<br>KASOWITZ, BENSON, TORRES &<br>FRIEDMAN LLP<br>1633 Broadway<br>New York, NY  10019-6799 |
| Deron R. Dacus<br>RAMEY & FLOCK, P.C.<br>100 East Ferguson<br>Suite 500<br>Tyler, TX  75702 | Eric H. Findlay<br>FINDLAY CRAFT<br>6760 Old Jacksonville Hwy, Suite 101<br>Tyler, TX  75703<br><br>*Attorneys for Defendants*<br>*Hitachi Global Storage Technologies, Inc.*<br>*and Hitachi, Ltd.* |

30424878.1

Kimball R. Anderson
WINSTON & STRAWN
35 W. Wacker Drive
Chicago, IL  60601-9703

*Attorneys for Defendant Dell, Inc.*

Bruce Wessel
Thomas Werner
Richard Birnholz
Garland A. Kelley
IRELL & MANELLA L.L.P.
1800 Avenue of the Stars, Suite 900
Los Angeles, California   90067

Rey Barcelo
BARCELO & HARRISON, LLP
2901 West Coast Hwy, Suite 200
Newport Beach, CA  92663

Harold Kip Glasscock, Jr.
KIP GLASSCOCK ATTORNEY AT LAW
550 Fannin, Suite 1350
Beaumont, TX   77701

Melissa Richards Smith
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas  75670

*Attorneys for Defendant Western Digital Corporation*

DATED: April 22, 2011

                /s/ *Elizabeth V. Thomas*
                Elizabeth V. Thomas

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 22nd day of April 2011.

                                          /s/ *Elizabeth V. Thomas*
                                          Elizabeth V. Thomas