**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| CONVOLVE, INC., | § § § | |
| Plaintiff, | § § | Case No. 2:08-cv-244 |
| v. | § § | |
| DELL INC., WESTERN DIGITAL CORPORATION, HITACHI GLOBAL STORAGE TECHNOLOGIES, INC., and HITACHI LTD., | § § § § § | **JURY TRIAL DEMANDED** |
| Defendants. | § § | |

**NOTICE OF DISCLOSURE**

Defendants Dell Inc., Western Digital Corporation, Hitachi Global Storage Technologies, Inc. and Hitachi LTD. certify that, pursuant to Fed.R. Civ. P. 26(a)(2), L.R. CV-26(b), this Court's Discovery Order at 1(h) (Docket No. 60), this Court's Docket Control Order (Docket No. 253), it served its "**Expert Report of Michael D. Sidman**" on opposing counsel via electronic mail only with access to FTP Site, on April 22, 2011 at 10:02 p.m. PDT.

Date: April 26, 2011

Respectfully submitted,

  /s/ *Jeffrey G. Homrig*
Douglas E. Lumish (Lead Attorney)
California State Bar No. 183863
Jeffrey G. Homrig
California State Bar No. 215890
Joseph H. Lee
California State Bar No. 248046
J. Jason Lang
California State Bar No. 255642
Joseph B. Shear
California State Bar No. 262222
Kasowitz, Benson, Torres & Friedman LLP
101 California Street, Suite 2300
San Francisco, California 94111
T: (415) 421-6140, F: (415) 398-5030
Email: dlumish@kasowitz.com
Email: jhomrig@ kasowitz.com
Email: jlee@kasowitz.com
Email: jlang@kasowitz.com
Email: jshear@kasowitz.com

Eric H. Findlay
Texas State Bar No. 00789886
Brian Craft
Texas State Bar No. 04972020
Findlay Craft, LLP
6760 Old Jacksonville Hwy, Suite 101
Tyler, TX 75703
T: (903) 534-1100, F: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

*ATTORNEYS FOR HITACHI, LTD. AND HITACHI GLOBAL STORAGE TECHNOLOGIES, INC.*

**CERTIFICATE OF SERVICE**

      I declare that I am employed with the law firm of Kasowitz Benson Torres & Friedman LLP, whose address is 101 California Street Suite 2300, San Francisco, California 94111 (hereinafter "Kasowitz"). I am not a party to the within cause, and I am over the age of eighteen years. I further declare that on April 22, 2011, I served a copy of "**NOTICE OF DISCLOSURE FOR EXPERT REPORT OF MICHAEL D. SIDMAN**" by electronic service and electronically mailing a true and correct copy through Kasowitz's electronic mail system to the email address(es) set forth in the service list below.

| | |
|---|---|
| Scott F. Partridge<br>Roger Fulghum<br>Tammy M. Pennington<br>Brad Bowling<br>Baker Botts LLP<br>One Shell Plaza<br>910 Louisiana Street<br>Houston, TX 77002-4995<br>scott.partridge@bakerbotts.com<br>roger.fulghum@bakerbotts.com<br>tammy.pennington@bakerbotts.com<br>brad.bowling@bakerbotts.com<br>***Attorneys for Defendant Dell Inc.*** | Michael C. Smith<br>Siebman, Reynolds, Burg, Phillips & Smith, LLP<br>713 South Washington<br>Marshall, TX 75670<br>michaelsmith@siebman.com<br>***Attorneys for Defendant Dell Inc.*** |
| Bruce Wessel<br>Thomas Werner<br>Richard Birnholz<br>Irell & Manella, LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067<br>bwessel@irell.com<br>twerner@irell.com<br>rbirnholz@irell.com<br>***Attorneys for Defendant Western Digital Corporation*** | Rey Barcelo<br>Barcelo & Harrison, LLP<br>2901 West Coast Hwy, Suite 200<br>Newport Beach, CA 92663<br>rey@bhiplaw.com<br>***Attorneys for Defendant Western Digital Corporation*** |
| Harold Kip Glasscock, Jr.<br>Kip Glasscock Attorney at Law<br>550 Fannin, Suite 1350<br>Beaumont, TX 77701<br>kipglasscock@hotmail.com<br>***Attorneys for Defendant Western Digital Corporation*** | Melissa Richards Smith<br>Gillam & Smith L.L.P.<br>3030 South Washington Avenue<br>Marshall, TX 77701<br>Melissa@gillamsmithlaw.com<br>***Attorneys for Defendant Western Digital Corporation*** |

A. James Anderson
Anna Halsey
Elizabeth Thomas
Ailis Burpee
Robins Kaplan Miller & Ciresi, LLP
950 E Paces Ferry Rd, NE
2600 One Atlanta Plaza
Atlanta, GA 30326-119
ajanderson@rkmc.com
achalsey@rkmc.com
evthomas@rkmc.com
alburpee@rkmc.com
*Attorneys for Plaintiff Convolve Inc.*

Marla Butler
Bryan J. Vogel
Robins, Kaplan, Miller & Ciresi L.L.P.
499 Park Avenue
Suite 1200
New York, NY 10022
mrbutler@rkmc.com
bjvogel@rkmc.com
*Attorneys for Plaintiff Convolve Inc.*

Eric M. Albritton
Stephen Edwards
Albritton Law Firm
P.O. Box 2649
Longview, TX 75606
ema@emafirm.com
see@emafirm.com
*Attorneys for Plaintiff Convolve Inc.*

Thomas J. Ward , Jr
Jack W. Hill
Ward & Smith Law Firm
P O Box 1231
Longview , TX 75606-1231
jw@jwfirm.com
wh@jwfirm.com
*Attorneys for Plaintiff Convolve Inc.*

Executed April 26, 2011at San Francisco, California.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____/s/ *Donna L. Wishon*___
Donna L. Wishon

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on this the 26th day of April, 2011. Local Rule CV-5(a)(3)(A).

                                              */s/ Jeffrey G. Homrig*
                                              Jeffrey G. Homrig