IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CONVOLVE, INC. | § |
| | § |
|     Plaintiff, | § |
| | § |
| v. | §    Civil Action No. 2:08-cv-244 |
| | § |
| DELL INC.,  WESTERN DIGITAL | § |
| CORPORATION,  HITACHI GLOBAL | § |
| STORAGE TECHNOLOGIES, INC., and | § |
| HITACHI LTD., | § |
| | § |
|     Defendants. | § |

## NOTICE OF COMPLIANCE

    Defendants Dell Inc.,  Hitachi Global Storage Technologies, Inc., Hitachi, Ltd. and

Western Digital Corporation certify that, pursuant to Fed.R. Civ. P. 26(a)(2), L.R. CV-26(b), this

Court's Discovery Order at 1(h) (Docket No. 60), this Court's Docket Control Order (Docket

No. 253), they served their **"Expert Report Of Dr. A. Bruce Buckman On Validity Of The '473

Patent, "** on opposing counsel via electronic mail on April 22, 2011.

Dated: April 26, 2011                    Respectfully submitted,

                                         */s/ Roger Fulghum*
                                         Scott Partridge
                                         Lead Attorney
                                         Texas State Bar No. 00786940
                                         Roger Fulghum
                                         Texas State Bar No. 00790724
                                         Amanda Woodall
                                         Texas State Bar No. 24028139
                                         Tammy Pennington Rhodes
                                         Texas State Bar No. 24051182
                                         Bradley Bowling
                                         Texas State Bar No. 24040555
                                         BAKER BOTTS L.L.P.
                                         One Shell Plaza
                                         910 Louisiana
                                         Houston, Texas 77002-4995
                                         Telephone:  (713) 229-1234
                                         Facsimile:  (713) 229-1522
                                         E-mail: scott.partridge@bakerbotts.com
                                         E-mail: roger.fulghum@bakerbotts.com
                                         E-mail: amanda.woodall@bakerbotts.com
                                         E-mail: tammy.pennington@bakerbotts.com
                                         E-mail: brad.bowling@bakerbotts.com

                                         Kimball R. Anderson
                                         Illinois Bar No. 00049980
                                         Winston & Strawn
                                         35 W. Wacker Drive
                                         Chicago, Illinois  60601-9703
                                         Telephone: (312) 558-5858
                                         Facsimile: (312) 558-5700
                                         E-mail: Kanderson@winston.com

                                         Michael C. Smith
                                         Texas State Bar No. 18650410
                                         Siebman, Burg, Phillips & Smith, LLP
                                         P.O. Box 1556
                                         Marshall, Texas 75671
                                         Telephone:  (903) 938-8900
                                         Facsimile:  (972) 767-4620
                                         E-mail: michaelsmith@siebman.com

                                         Deron R. Dacus
                                         Texas State Bar No. 00790553
                                         Ramey & Flock, P.C.
                                         100 East Ferguson, Suite 500

Tyler, Texas 75702
Telephone:  (903) 597-3301
Facsimile:  (903) 597-2413
E-mail:  ddacus@rameyflock.com

**ATTORNEYS FOR DELL INC.**


 _/s/ Jeffrey G. Homrig (with permission)_
Douglas E. Lumish (Lead Attorney)
California State Bar No. 183863
Jeffrey G. Homrig
California State Bar No. 215890
Joseph H. Lee
California State Bar No. 248046
J. Jason Lang
California State Bar No. 255642
Joseph B. Shear
California State Bar No. 262222
Kasowitz, Benson, Torres & Friedman LLP
101 California Street, Suite 2300
San Francisco, California 94111
T: (415) 421-6140, F: (415) 398-5030
Email: dlumish@kasowitz.com
Email: jhomrig@kasowitz.com
Email: jlee@kasowitz.com
Email: jlang@kasowitz.com
Email: jshear@kasowitz.com

Eric H. Findlay
Texas State Bar No. 00789886
Brian Craft
Texas State Bar No. 04972020
Findlay Craft, LLP
6760 Old Jacksonville Hwy, Suite 101
Tyler, TX 75703
T: (903) 534-1100, F: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

**ATTORNEYS FOR DEFENDANTS
HITACHI, LTD. AND HITACHI GLOBAL
STORAGE TECHNOLOGIES, IN**C.

*/s/ Bruce Wessel (with permission)*
Bruce Wessel (admitted *pro hac vice*)
California State Bar No. 116734
Thomas C. Werner (admitted *pro hac vice*)
California State Bar No. 223792
Irell & Manella L.L.P.
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
T: (310) 203-7045, F: (310) 203-7199
Email: bwessel@irell.com
Email: twerner@irell.com

Reynaldo C. Barcelo (admitted *pro hac vice*)
California State Bar No. 199741
Barcelo, Harrison & Walker, LLP
2901 West Coast Highway, Suite 200
Newport Beach, California 92663
T: (949) 340-9736, F: (949) 258-5752
Email: rey@bhiplaw.com

Harold Kip Glasscock, Jr.
Texas State Bar No. 08011000
Kip Glasscock Attorney at Law
550 Fannin, Suite 1350
Beaumont, Texas 77701
T: (409) 833-8822, F: (409) 838-4666
Email: kipglasscock@hotmail.com

Melissa Richards Smith
Texas State Bar No. 24001351
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
T: (903) 934-8450, F: (903) 934-9257
Email: Melissa@gillamsmithlaw.com

**ATTORNEYS FOR DEFENDANT WESTERN
DIGITAL CORPORATION**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of Defendants Dell, Inc., Hitachi Global Storage Technologies, Inc., Hitachi, Ltd, and Wester Digital Corporation's Expert Report of Dr. Bruce A. Buckman, was served upon the following counsel of record by e-mail on April 22, 2011:

Mr. A. James Anderson
Ms. Anna Carr Halsey
Ms. Ailis L. Burpee
Ms. Elizabeth V. Thomas
Robins Kaplan Miller & Ciresi
950 E Paces Ferry Rd, NE
2600 One Atlanta Plaza
Atlanta, Georgia 30326

Ms. Marla R. Butler
Mr. Bryan J. Vogel
Robins Kaplan Miller & Ciresi
499 Park Avenue, Suite 1200
New York, New York 10022

Mr. Eric M. Albritton
Mr. Adam A. Biggs
Stephen E. Edwards
Albritton Law Firm
P.O. Box 2649
Longview, Texas 75606

Mr. Thomas John Ward, Jr.
Jack Wesley Hill
Ward & Smith Law Firm
111 W. Tyler
Longview, Texas 75601

Melissa Richards Smith
Gilliam & Smith LLP
303 South Washington Avenue
Marshall, Texas 75670

Mr. Bruce A. Wessel
Thomas C. Werner
Richard M. Birhnolz
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067

Mr. Harold Kip Glasscock
550 Fannin,
Suite 1350
Beaumont, Texas 77701

Douglas E. Lumish
Mr. Jeffrey G. Homrig
Mr. Joseph Shear
Kasowitz, Benson, Torres & Friedman
101 California Street
Suite 2300
San Francisco, California 94111

Eric Hugh Findlay
Roger Brian Craft
Findlay Craft
6760 Old Jacksonville Highway
Suite 101
Tyler, Texas 75703

Mr. Reynaldo C. Barcelo
Barcelo & Harrison & Walker
2901 West Coast Highway, Suite 200
Newport Beach, California 92663

/s/ *Tammy Pennington Rhodes*
Tammy Pennington Rhodes

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 26th day of April, 2011 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/   *Roger Fulghum*
Roger Fulghum