IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CONVOLVE, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:08-cv-244 |
| | § | |
| DELL INC., | § | JURY TRIAL DEMANDED |
| WESTERN DIGITAL CORPORATION, | § | |
| HITACHI GLOBAL STORAGE | § | |
| TECHNOLOGIES, INC., and | § | |
| HITACHI LTD., | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING DELL INC.'S UNOPPOSED MOTION TO EXTEND
THE DUE DATE FOR FILING A REPLY ON DELL INC.'S MOTION
FOR CLARIFICATION OF THE CLAIM CONSTRUCTION ORDER
WITH RESPECT TO DATA STORAGE DEVICE**

Before the Court is the Unopposed Motion of Dell Inc. to Extend the Due Date for Filing a Reply on Dell Inc.'s Motion for Clarification of the Claim Construction Order with Respect to Data Storage Device.

The Court finds that the unopposed motion should be GRANTED and it is ORDERED that the due date for Dell to file a Reply on Dell Inc.'s Motion for Clarification of the Claim Construction Order with Respect to Data Storage Device is extended to May 2, 2011.

SIGNED this 29th day of April, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE