IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CONVOLVE, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:08-cv-244 |
| | § | |
| DELL INC., et al. | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |

## NOTICE OF CHANGE OF ADDRESS OF COUNSEL

Effective May 1, 2011, the address for A. James Anderson, Georgia Bar No. 016300 (admitted *pro hac vice*); Anna C. Halsey, Georgia Bar No. 208034 (admitted *pro hac vice*); Elizabeth V. Thomas, Georgia Bar No. 624263 (admitted *pro hac vice*); and Ailis L. Burpee, Georgia Bar No. 623492 (admitted *pro hac vice*) as counsel for the Plaintiff, Convolve, Inc. in the above-referenced case has changed to:

> **One Atlantic Center**
> **1201 West Peachtree Street**
> **Suite 2200**
> **Atlanta, Georgia  30309**

The telephone number and fax number remain the same.

30411106.7

DATED: May 2, 2011	Respectfully submitted,

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**


*/s/ A. James Anderson*
A. James Anderson (admitted *pro hac vice*)
Georgia Bar No. 016300
Anna C. Halsey (admitted *pro hac vice*)
Georgia Bar No. 208034
Elizabeth V. Thomas (admitted *pro hac vice*)
Georgia Bar No. 624263
Ailis L. Burpee (admitted *pro hac vice*)
Georgia Bar No. 623492

2600 One Atlanta Plaza
950 East Paces Ferry Road, N.E.
Atlanta, Georgia  30326-1386
Telephone:  (404) 760-4300
Facsimile:  (404) 233-1267
Email:  ajanderson@rkmc.com
Email:  achalsey@rkmc.com
Email:  evthomas@rkmc.com
Email:  alburpee@rkmc.com

Marla R. Buter (admitted *pro hac vice*)
Georgia Bar No. 099917
Bryan J. Vogel (admitted *pro hac vice*)
New York Bar No. 3933736

601 Lexington Avenue
34th Floor
New York, NY  10022
Telephone:  (212) 980-7400
Facsimile: (212) 980-7499
Email:  mrbutler@rkmc.com
Email:  bjvogel@rkmc.com

Eric M. Albritton
Texas State Bar No. 00790215
Stephen E. Edwards
Texas Bar No. 00784008
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas  75606
Telephone:  (903) 757-8449
Facsimile:  (903) 758-7397
Email:  ema@emafirm.com
Email:  see@emafirm.com

304411106.7	2

        T. John Ward, Jr.
        Texas State Bar No. 00794818
        WARD & SMITH LAW FIRM
        P.O. Box 1231
        Longview, Texas  75606
        Telephone:  (903) 757-6400
        Facsimile:  (903) 757-2323
        Email:  jw@jwfirm.com

        ***ATTORNEYS FOR PLAINTIFF CONVOLVE, INC.***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CONVOLVE, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:08-cv-244 |
| | § | |
| DELL INC., et al. | § | JURY TRIAL DEMANDED |
| | § | |
| | § | |
| Defendants. | § | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing **"Notice of Change of Address of Counsel"** has been served upon the following counsel of record via electronic mail only, this 2nd day of May, 2011:

Scott F. Partridge
Roger Fulghum
Tammy Pennington
Brad Bowling
Amanda Woodall
Christopher Ponder
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX 77002-4995

Michael C. Smith
SIEBMAN, REYNOLDS, BURG, PHILLIPS
& SMITH., L.L.P.
713 South Washington
Marshall, TX 75670

Deron R. Dacus
RAMEY & FLOCK, P.C.
100 East Ferguson
Suite 500
Tyler, TX 75702

Douglas E. Lumish
Jeffrey Homrig
Joseph H. Lee
Joseph B. Shear
Jeremy Jason Lang
KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
101 California Street, Suite 2300
San Francisco, California 94111

Patricia Young
KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
1633 Broadway
New York, NY 10019-6799

Eric H. Findlay
FINDLAY CRAFT
6760 Old Jacksonville Hwy, Suite 101
Tyler, TX 75703

*Attorneys for Defendants*
*Hitachi Global Storage Technologies, Inc.*
*and Hitachi, Ltd.*

Kimball R. Anderson
WINSTON & STRAWN
35 W. Wacker Drive
Chicago, IL  60601-9703

*Attorneys for Defendant Dell, Inc.*

Bruce Wessel
Thomas Werner
Richard Birnholz
Garland A. Kelley
IRELL & MANELLA L.L.P.
1800 Avenue of the Stars, Suite 900
Los Angeles, California   90067

Rey Barcelo
BARCELO & HARRISON, LLP
2901 West Coast Hwy, Suite 200
Newport Beach, CA  92663

Harold Kip Glasscock, Jr.
KIP GLASSCOCK ATTORNEY AT LAW
550 Fannin, Suite 1350
Beaumont, TX   77701

Melissa Richards Smith
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas  75670

*Attorneys for Defendant Western Digital Corporation*

DATED:  May 2, 2011

/s/ *A. James Anderson*
A. James Anderson