IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CONVOLVE, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:08-cv-244 |
| | § | |
| DELL INC.,  WESTERN DIGITAL | § | |
| CORPORATION,  HITACHI GLOBAL | § | |
| STORAGE TECHNOLOGIES, INC., and | § | |
| HITACHI LTD., | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING DEFENDANT DELL INC.'S UNOPPOSED MOTION TO
WITHDRAW AND SUBSTITUTE COUNSEL AND
<u>DESIGNATION OF LEAD COUNSEL</u>**

The Court, having considered Dell Inc.'s ("Dell's") Unopposed Motion to Withdraw and

Substitute Counsel of Record and Designation of Lead Counsel is of the opinion that  Dell's

Motion should be **GRANTED.**

It is thereby **ORDERED** that Scott Partridge be withdrawn as counsel of Record,

removed from the electronic service list for this case and that Deron Dacus be substituted as

Lead Counsel.

SIGNED this 5th day of May, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE