**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **CONVOLVE, INC.** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **Civil Action No. 2:08-cv-244** |
| | § | |
| **DELL INC., et al.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendants. | § | |

## NOTICE OF DISCLOSURE

Plaintiff Convolve, Inc. certifies that, pursuant to Fed. R. Civ. P. 26(a)(2), L.R. CV-26(b), this Court's Discovery Order at 1(h) (Docket No. 60), this Court's Docket Control Order (Docket No. 253), it served its **"Third Rebuttal Expert Report of Dr. Val DiEuliis"** on opposing counsel via electronic mail only on May 9, 2011.

30430234.1

DATED:  May 9, 2011 Respectfully submitted,

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**


/s/ *Elizabeth V. Thomas*_____
A. James Anderson (admitted *pro hac vice*)
Georgia Bar No. 016300
Anna C. Halsey (admitted *pro hac vice*)
Georgia Bar No. 208034
Elizabeth V. Thomas (admitted *pro hac vice*)
Georgia Bar No. 624263
Ailis L. Burpee (admitted *pro hac vice*)
Georgia Bar No. 623492

One Atlantic Center
1201 West Peachtree Street
Suite 2200
Atlanta, Georgia  30309
Telephone:  (404) 760-4300
Facsimile:  (404) 233-1267
Email:  ajanderson@rkmc.com
Email:  achalsey@rkmc.com
Email:  evthomas@rkmc.com
Email:  alburpee@rkmc.com

Marla R. Buter (admitted *pro hac vice*)
Georgia Bar No. 099917
Bryan J. Vogel (admitted *pro hac vice*)
New York Bar No. 3933736

601 Lexington Avenue
34th Floor
New York, NY  10022
Telephone:  (212) 980-7400
Facsimile: (212) 980-7499
Email:  mrbutler@rkmc.com
Email:  bjvogel@rkmc.com

Eric M. Albritton
Texas State Bar No. 00790215
Stephen E. Edwards
Texas Bar No. 00784008
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas  75606
Telephone:  (903) 757-8449
Facsimile:  (903) 758-7397
Email:  ema@emafirm.com
Email:  see@emafirm.com

> T. John Ward, Jr.
> Texas State Bar No. 00794818
> WARD & SMITH LAW FIRM
> P.O. Box 1231
> Longview, Texas 75606
> Telephone: (903) 757-6400
> Facsimile: (903) 757-2323
> Email: jw@jwfirm.com
>
> ***ATTORNEYS FOR PLAINTIFF CONVOLVE, INC.***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CONVOLVE, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:08-cv-244 |
| | § | |
| DELL INC., et al. | § | JURY TRIAL DEMANDED |
| | § | |
| | § | |
| Defendants. | § | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing **"Third Rebuttal Expert Report of Dr. Val DiEuliis"** has been served upon the following counsel of record via electronic mail only this 9th day of May, 2011:

Scott F. Partridge
Roger Fulghum
Tammy Pennington
Brad Bowling
Amanda Woodall
Christopher Ponder
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX  77002-4995

Michael C. Smith
SIEBMAN, REYNOLDS, BURG, PHILLIPS & SMITH., L.L.P.
713 South Washington
Marshall, TX  75670

Deron R. Dacus
RAMEY & FLOCK, P.C.
100 East Ferguson
Suite 500
Tyler, TX  75702

Douglas E. Lumish
Jeffrey Homrig
Joseph H. Lee
Joseph B. Shear
Jeremy Jason Lang
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
San Francisco, California  94111

Patricia Young
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY  10019-6799

Eric H. Findlay
FINDLAY CRAFT
6760 Old Jacksonville Hwy, Suite 101
Tyler, TX  75703

*Attorneys for Defendants*
*Hitachi Global Storage Technologies, Inc. and Hitachi, Ltd.*

30430234.1

Kimball R. Anderson
WINSTON & STRAWN
35 W. Wacker Drive
Chicago, IL  60601-9703

*Attorneys for Defendant Dell, Inc.*

Bruce Wessel
Thomas Werner
Richard Birnholz
Garland A. Kelley
IRELL & MANELLA L.L.P.
1800 Avenue of the Stars, Suite 900
Los Angeles, California   90067

Rey Barcelo
BARCELO, HARRISON & HARRISON, LLP
2901 West Coast Hwy, Suite 200
Newport Beach, CA  92663

Harold Kip Glasscock, Jr.
KIP GLASSCOCK ATTORNEY AT LAW
550 Fannin, Suite 1350
Beaumont, TX   77701

Melissa Richards Smith
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas  75670

*Attorneys for Defendant Western Digital Corporation*

DATED:  May 9, 2011

/s/ *Elizabeth V. Thomas*
Elizabeth V. Thomas

30430234.1                                     1

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 9th day of May 2011.

/s/ *Elizabeth V. Thomas*
Elizabeth V. Thomas