# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# MARSHALL DIVISION

| | | |
|---|---|---|
| **CONVOLVE, INC.,** | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2:08-CV-244-CE |
| v. | § § | |
| | § | **JURY TRIAL DEMANDED** |
| **DELL INC.** *et al.*, | § § | |
| Defendants. | § | |

# ORDER

The Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Compel Production (Docket No. 271) until May 11, 2011 shall be, and is hereby, GRANTED.

SIGNED this 10th day of May, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE