IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CONVOLVE, INC. § | |
| § | |
| V. § | |
| § | Civil Action No. 2:08cv244 DF-CE |
| DELL INC., § | |
| WESTERN DIGITAL CORPORATION, § | |
| HITACHI GLOBAL STORAGE § | |
| TECHNOLOGIES, INC. and HITACHI LTD. § | |

**DEFENDANT WESTERN DIGITAL CORPORATION'S**
**NOTICE OF DISCLOSURE OF SECOND AMENDED INITIAL DISCLOSURES**

Pursuant to Fed. R. Civ. P. 26(a)(2), L.R. CV-26(b), this Court's Discovery Order at 1(h) (Docket No. 60), this Court's Docket Control Order (Docket No. 253), Defendant Western Digital Corporation notifies the Court that on May 9, 2011, it served the "Rebuttal Expert Report Of Ian D Jestice To Convolve's Expert's Initial Report Regarding Patent No. 6,314,473," the "Expert Report of John V. Levy," and the "Expert Report of Daniel J. Slottje" via e-mail on counsel of record in this action.

Respectfully submitted,

*/s/ Bruce Wessel*
Bruce Wessel (admitted pro hac vice)
Lead Attorney
California State Bar No. 116734
IRELL & MANELLA LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 203-7045
Facsimile: (310) 203-7199
E-mail: bwessel@irell.com

Harold Kip Glasscock, Jr.
Texas State Bar No. 08011000
KIP GLASSCOCK ATTORNEY AT LAW
550 Fannin
Suite 1350
Beaumont, TX 77701
Telephone: (409) 833-8822
Email: kipglasscock@hotmail.com

Melissa Richards Smith
Texas State Bar No. 24001351

GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Phone: (903) 934-8450
Facsimile: (903) 934-9257
Email:  Melissa@gillamsmithlaw.com

**ATTORNEYS FOR DEFENDANT WESTERN DIGITAL CORPORATION**

## **CERTIFICATE OF SERVICE**

      I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: May 10, 2011             /s/ *Thomas C. Werner*  
                                            Thomas C. Werner