IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CONVOLVE, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:08-cv-244 |
| | § | |
| DELL INC.,  WESTERN DIGITAL | § | |
| CORPORATION,  HITACHI GLOBAL | § | |
| STORAGE TECHNOLOGIES, INC., and | § | |
| HITACHI LTD., | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF DISCLOSURE

Defendant Dell Inc. ("Dell") certifies that, pursuant to Fed.R. Civ. P. 26(a)(2), L.R. CV-26(b), this Court's Discovery Order at 1(h) (Docket No. 60), and this Court's Docket Control Order (Docket No. 253),  Dell served the "Rebuttal Expert Report of  Dr. A. Bruce Buckman On Infringement of the '473 Patent",  the **"**Rebuttal Expert Report Regarding Damages of W. Christopher Bakewell",  the "Expert Report of Seth T. Kaplan, Ph.D" and the "Expert Report of Gabriel M. Gelb"  via e-mail on all counsel of record on May 9, 2011.

Dated: May 10, 2011                  Respectfully submitted,

*/s/ Roger Fulghum*
Roger Fulghum
Texas State Bar No. 00790724
Amanda Woodall
Texas State Bar No. 24028139
Tammy Pennington Rhodes
Texas State Bar No. 24051182
Bradley Bowling
Texas State Bar No. 24040555
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana
Houston, Texas 77002-4995
Telephone:  (713) 229-1234
Facsimile:  (713) 229-1522
E-mail: roger.fulghum@bakerbotts.com
E-mail: amanda.woodall@bakerbotts.com
E-mail: tammy.pennington@bakerbotts.com
E-mail: brad.bowling@bakerbotts.com

Kimball R. Anderson
Illinois Bar No. 00049980
Winston & Strawn
35 W. Wacker Drive
Chicago, Illinois  60601-9703
Telephone: (312) 558-5858
Facsimile: (312) 558-5700
E-mail: Kanderson@winston.com

Michael C. Smith
Texas State Bar No. 18650410
Siebman, Burg, Phillips & Smith, LLP
P.O. Box 1556
Marshall, Texas 75671
Telephone:  (903) 938-8900
Facsimile:  (972) 767-4620
E-mail:  michaelsmith@siebman.com

Deron R. Dacus
Lead Attorney
Texas State Bar No. 00790553
Ramey & Flock, P.C.
100 East Ferguson, Suite 500
Tyler, Texas 75702
Telephone:  (903) 597-3301

Facsimile:  (903) 597-2413
E-mail:  ddacus@rameyflock.com

**ATTORNEYS FOR DELL INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendants Dell, Inc.'s, Rebuttal Expert Report of Dr. A. Bruce Buckman On Infringement of the '473 Patent; Rebuttal Expert Report Regarding Damages of W. Christopher Bakewell; Expert Report of Seth T. Kaplan, Ph.D.; and, Expert Report of Gabriel M. Gelb, were served upon the following counsel of record by electronic mail on May 9, 2011:

Mr. A. James Anderson
Ms. Anna Carr Halsey
Ms. Ailis L. Burpee
Ms. Elizabeth V. Thomas
Robins Kaplan Miller & Ciresi
950 E Paces Ferry Rd, NE
2600 One Atlanta Plaza
Atlanta, Georgia 30326

Ms. Marla R. Butler
Mr. Bryan J. Vogel
Robins Kaplan Miller & Ciresi
499 Park Avenue, Suite 1200
New York, New York 10022

Mr. Eric M. Albritton
Mr. Adam A. Biggs
Stephen E. Edwards
Albritton Law Firm
P.O. Box 2649
Longview, Texas 75606

Mr. Thomas John Ward, Jr.
Jack Wesley Hill
Ward & Smith Law Firm
111 W. Tyler
Longview, Texas 75601

Melissa Richards Smith
Gilliam & Smith LLP
303 South Washington Avenue
Marshall, Texas 75670

Mr. Bruce A. Wessel
Thomas C. Werner
Richard M. Birhnolz
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067

Mr. Harold Kip Glasscock
550 Fannin,
Suite 1350
Beaumont, Texas 77701

Douglas E. Lumish
Mr. Jeffrey G. Homrig
Mr. Joseph Shear
Kasowitz, Benson, Torres & Friedman
101 California Street
Suite 2300
San Francisco,California 94111

Eric Hugh Findlay
Roger Brian Craft
Findlay Craft
6760 Old Jacksonville Highway
Suite 101
Tyler, Texas 75703

Mr. Reynaldo C. Barcelo
Barcelo & Harrison & Walker
2901 West Coast Highway, Suite 200
Newport Beach, California 92663

/s/ *Tammy Pennington Rhodes*
    Tammy Pennington Rhodes

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 10th day of May, 2011 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/   *Roger Fulghum*
Roger Fulghum