**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

CONVOLVE, INC.,                                          §
                                                         §
                  Plaintiff,                             §
                                                         §          Case No. 2:08-cv-244
         v.                                              §
                                                         §
DELL INC., WESTERN DIGITAL                               §
CORPORATION, HITACHI GLOBAL                              §          **JURY TRIAL DEMANDED**
STORAGE TECHNOLOGIES, INC., and                          §
HITACHI LTD.,                                            §
                                                         §
                  Defendants.                            §
                                                         §

**NOTICE OF DISCLOSURE**

Defendants Hitachi Global Storage Technologies, Inc. and Hitachi Ltd. certify that,

pursuant to Fed.R. Civ. P. 26(a)(2), L.R. CV-26(b) and (c), this Court's Discovery Order at 1(h)

(Docket No. 60), and this Court's Amended Docket Control Order (Docket No. 253), it served its

**"Expert Report of Michael D. Sidman, Ph.D. on Non-Infringement of U.S. Patent No.**

**6,314,473"** and **"Rebuttal Expert Report of Keith R. Ugone, Ph.D."** on all parties via

electronic mail on May 9, 2011.

Date: May 10, 2011

Respectfully submitted,

_____*/s/ Jeffrey Homrig*_____

Douglas E. Lumish (Lead Attorney)
California State Bar No. 183863
Jeffrey G. Homrig
California State Bar No. 215890
Joseph H. Lee
California State Bar No. 248046
J. Jason Lang
California State Bar No. 255642
Joseph B. Shear
California State Bar No. 262222
Kasowitz, Benson, Torres & Friedman LLP
101 California Street, Suite 2300
San Francisco, California 94111
T: (415) 421-6140, F: (415) 398-5030
Email: dlumish@kasowitz.com
Email: jhomrig@kasowitz.com
Email: jlee@kasowitz.com
Email: jlang@kasowitz.com
Email: jshear@kasowitz.com

Patricia Young
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
T: (212) 506-1700, F: (212) 50-1800
Email: pyoung@kasowitz.com

Eric H. Findlay
Texas State Bar No. 00789886
Brian Craft
Texas State Bar No. 04972020
Findlay Craft LLP
6760 Old Jacksonville Hwy, Suite 101
Tyler, Texas 75703
T: (903) 534-1100, F: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

*ATTORNEYS FOR HITACHI, LTD. AND
HITACHI GLOBAL STORAGE
TECHNOLOGIES, INC.*

2

**CERTIFICATE OF SERVICE**

I declare that I am employed with the law firm of Kasowitz, Benson, Torres & Friedman LLP, whose address is 101 California Street Suite 2300, San Francisco, California 94111 (hereinafter "Kasowitz"). I am not a party to the within cause, and I am over the age of eighteen years. I further declare that on May 9, 2011, I served true and accurate copies of **"EXPERT REPORT OF MICHAEL D. SIDMAN, PH.D. ON NON-INFRINGEMENT OF U.S. PATENT NO. 6,314,473"** and **"REBUTTAL EXPERT REPORT OF KEITH R. UGONE, PH.D."** by Kasowitz's electronic mail to the following counsel of record via electronic mail:

Roger Fulghum
Amanda M. Woodall
Tammy Pennington Rhodes
Bradley Bowling
Baker Botts L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
roger.fulghum@bakerbotts.com
amanda.woodall@bakerbotts.com
tammy.pennington@bakerbotts.com
brad.bowling@bakerbotts.com
*Attorneys for Defendant Dell Inc.*

Michael C. Smith
Siebman, Burg, Phillips & Smith, LLP
113 East Austin Street
P.O. Box 1556
Marshall, Texas 75671
michaelsmith@siebman.com
*Attorneys for Defendant Dell Inc.*

Kimball R. Anderson
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, Illinois 60601-9703
kanderson@winston.com
*Attorney for Defendant Dell Inc.*

Deron Dacus
Ramey & Flock
100 East Ferguson, Suite 500
Tyler, Texas 75702
ddacus@rameyflock.com
*Attorney for Defendant Dell Inc.*

Bruce Wessel
Richard Birnholz
Thomas Werner
Garland A. Kelley
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
bwessel@irell.com
rbirnholz@irell.com
twerner@irell.com
gkelley@irell.com
*Attorneys for Defendant Western Digital Corporation*

Reynaldo C. Barcelo
Barcelo, Harrison & Walker, LLP
2901 West Coast Highway, Suite 200
Newport Beach, California 92663
rey@bhiplaw.com
*Attorney for Defendant Western Digital Corporation*

3

Harold Kip Glasscock, Jr.
Kip Glasscock, P.C.
550 Fannin, Suite 1350
Beaumont, Texas 77701
kipglasscock@hotmail.com
*Attorneys for Defendant Western Digital Corporation*

Melissa Richards Smith
Gillam & Smith L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Melissa@gillamsmithlaw.com
*Attorneys for Defendant Western Digital Corporation*

A. James Anderson
Anna Halsey
Elizabeth Thomas
Ailis Burpee
Robins, Kaplan, Miller & Ciresi, L.L.P.
One Atlantic Center
1201 West Peachtree Street, Suite 2200
Atlanta, Georgia 30309
ajanderson@rkmc.com
achalsey@rkmc.com
evthomas@rkmc.com
alburpee@rkmc.com
*Attorneys for Plaintiff Convolve Inc.*

Marla Butler
Bryan J. Vogel
Robins, Kaplan, Miller & Ciresi L.L.P.
499 Park Avenue
Suite 1200
New York, New York 10022
mrbutler@rkmc.com
bjvogel@rkmc.com
*Attorneys for Plaintiff Convolve Inc.*

Executed May 10, 2011, in San Francisco, California.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                   /s*/ Donna L. Wishon*
                                   Donna L. Wishon

4

5

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on this the 10th day of May, 2011. Local Rule CV-5(a)(3)(A).

<em>/s/ Jeffrey G. Homrig</em><br>Jeffrey G. Homrig