# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **CONVOLVE, INC.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No. 2:08-cv-244 |
| | § | |
| **DELL INC.,** | § | **JURY TRIAL DEMANDED** |
| **WESTERN DIGITAL CORPORATION,** | § | |
| **HITACHI GLOBAL STORAGE** | § | |
| **TECHNOLOGIES, INC., and** | § | |
| **HITACHI LTD.,** | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Harry L. Gillam, Jr. of Gillam & Smith, L.L.P. enters his appearance on behalf of Defendant **Western Digital Corporation** in this matter as additional counsel.

Harry L. Gillam, Jr. may receive all communications from the Court and from other parties at Gillam & Smith, L.L.P., 303 South Washington Avenue, Marshall, Texas 75670; Telephone: (903) 934-8450; Facsimile: (903) 934-9257; E-mail: gil@gillamsmithlaw.com.

Dated: May 12, 2011

Respectfully submitted,

GILLAM & SMITH, L.L.P.

*/s/Harry L. Gillam, Jr.*
Harry L. Gillam, Jr.
Texas State Bar No. 07921800
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
E-mail: gil@gillamsmithlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 12th day of May, 2011, the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).

                                                                         /s/ Harry L. Gillam, Jr.
                                                                          Harry L. Gillam, Jr.