# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CONVOLVE, INC., | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:08-CV-244-CE |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| DELL INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING PLAINTIFF CONVOLVE, INC.'S UNOPPOSED MOTION FOR LEAVE TO DEPOSE LEALON MCKENZIE AND RANDALL HAMPSHIRE

Before the Court is Plaintiff Convolve, Inc.'s Unopposed Motion for Leave to Depose Lealon McKenzie and Randall Hampshire. The Court, having reviewed the motion, finds that the motion should be GRANTED. It is therefore

ORDERED that the depositions of Messrs. McKenzie and Hampshire may proceed.

IT IS SO ORDERED.

SIGNED this 17th day of May, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE

30431562.1