# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CONVOLVE, INC. | § | |
| | § | |
| vs. | § | CASE NO. 2:08-CV-244-CE |
| | § | |
| DELL INC., ET AL. | § | |

## ORDER

    Pending before the court is Defendants' emergency motion to: (1) compel disclosure of the Credit Suisse Investment ("Credit Suisse") in plaintiff Convolve, Inc. ("Convolve"); (2) take limited additional discovery of Credit Suisse and Convolve; and (3) remove redactions from Convolve's newly produced documents, including the Credit Suisse investment rights agreements (Dkt. No. 305). Convolve is ORDERED to file its response to this motion by Friday, May 20, 2011, and Defendants are ORDERED to file their reply, if necessary, by Monday, May 23, 2011.

    SIGNED this 18th day of May, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE