### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF TEXAS

### MARSHALL DIVISION

| | | |
|---|---|---|
| **CONVOLVE, INC.** | § | |
| | § | |
| *Plaintiff*, | § | **CIVIL ACTION NO. 2:08-CV-244-CE** |
| | § | |
| **v.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **DELL INC.,** *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

### ORDER

This Court, having considered the Parties' Joint Motion to Amend the Docket Control

Order, hereby AMENDS the Docket Control Order as follows:

| Step | Action | Current Deadline | New Deadline |
|---|---|---|---|
| 34 | Deadline for late mediation at the Parties' request | Friday, May 20, 2011 | Friday, June 24, 2011 |
| 35 | Deadline for completion of expert discovery | Friday, May 20, 2011 (and Monday, May 23, 2011 as to Dr. Bruce Buckman) | Friday, May 20, 2011, except as follows:<br>Tuesday, May 24, 2011 as to Dr. Buckman;<br>Wednesday, May 25, 2011 as to Dr. Gelb; and<br>Thursday, May 26, 2011 as to Dr. Kaplan |
| 38 | Deadline for filing all *Daubert* motions | Friday, May 27, 2011 (and Tuesday, May 31 as to Dr. Bruce Buckman) | Friday, May 27, 2011, except as follows:<br>Tuesday, May 31, 2011 as to Drs. Buckman, Gelb, and Kaplan |
| 38(a) | Deadline to oppose all *Daubert* and dispositive motions, unless an earlier date is required by the Local Rules | Tuesday, June 7, 2011 | Tuesday, June 7, 2011, except as to oppositions to *Daubert* motions regarding Drs. Gelb and Kaplan, which shall be due on Friday, June 10, 2011 |

| Step | Action | Current Deadline | New Deadline |
|------|--------|------------------|--------------|
| 38(b) | Deadline to file replies in support of *Daubert* and dispositive motions, unless an earlier date is required by the Local Rules | Monday, June 13, 2011 | Monday, June 13, 2011, except as to replies in support of *Daubert* motions regarding Drs. Gelb and Kaplan, which shall be due Wednesday, June 15, 2011 |
| 38(c) | Deadline to file sur-replies opposing *Daubert* and dispositive motions, unless an earlier date is required by the Local Rules | Friday, June 17, 2011 | Friday, June 17, 2011, except as to sur-replies to *Daubert* motions regarding Drs. Gelb and Kaplan, which shall be due on Monday, June 20, 2011 |

SIGNED this 23rd day of May, 2011.


CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE