IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CONVOLVE, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:08-cv-244 |
| | § | |
| DELL INC., WESTERN DIGITAL | § | JURY TRIAL DEMANDED |
| CORPORATION, HITACHI GLOBAL | § | |
| STORAGE TECHNOLOGIES, INC., | § | |
| and HITACHI LTD., | § | |
| | § | |
| Defendants. | § | |

## ORDER

This Court, having considered the Parties' Joint Motion to Amend the Docket Control Order, hereby AMENDS the Docket Control Order as follows:

| Step | Action | Current Deadline | New Deadline |
|---|---|---|---|
| 42 | Parties to file Proposed Joint Final Pretrial Order, Proposed Jury Instructions, Joint Verdict Forms and Motions in Limine. Prior to initial pretrial conference, parties shall confer with each other regarding the other party's Motion in Limine, deposition designations, and exhibit and shall submit to the Court in writing any objections they may have to the other party's Motions in Limine, deposition designations, and exhibits | Thursday, June 16, 2011 | Friday, June 17, 2011 |

SIGNED this 15th day of June, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE