IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| CONVOLVE, INC., | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:08-CV-244-CE |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| DELL INC., | § | |
| HITACHI GLOBAL STORAGE | § | |
| TECHNOLOGIES, INC., | § | |
| HITACHI LTD., | § | |
| WESTERN DIGITAL CORPORATION, | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF CONVOLVE, INC.'S PROPOSED JURY VERDICT FORM AS TO DEFENDANT DELL INC.**

## QUESTION NO. 1 (DIRECT INFRINGEMENT)

**1(A).** Did Convolve prove by a preponderance of evidence that Dell infringes any of the following claims of the '473 patent?

**1(B).** Did Convolve prove by clear and convincing evidence that Dell's infringement, if any, was willful?

Please check "YES" or "NO" in column 1(A) as to each claim.  For each claim you answer "YES" to in column 1(A), in column 1(B) answer "YES" or "NO."  If you answer "NO" in column 1(A) as to all claims, do not answer the corresponding column 1(B).

|  | 1(A) INFRINGEMENT | | 1(B) WILLFULNESS | |
|---|---|---|---|---|
|  | **YES** | **NO** | **YES** | **NO** |
| Claim 7  | _____ | _____ | _____ | _____ |
| Claim 8  | _____ | _____ | _____ | _____ |
| Claim 9  | _____ | _____ | _____ | _____ |
| Claim 10 | _____ | _____ | _____ | _____ |
| Claim 14 | _____ | _____ | _____ | _____ |
| Claim 15 | _____ | _____ | _____ | _____ |

## QUESTION NO. 2 (INDUCED INFRINGEMENT)

**2(A).** Did Convolve prove by a preponderance of evidence that Dell induced the infringement of any of the following claims of the '473 patent?

**2(B).** Did Convolve prove by clear and convincing evidence that Dell's induced infringement, if any, was willful?

Please check "YES" or "NO" in column 2(A) as to each claim. For each claim you answer "YES" to in column 2(A), in column 2(B) answer "YES" or "NO." If you answer "NO" in column 2(A) as to all claims, do not answer the corresponding column 2(B).

|  | 2(A) INFRINGEMENT | | 2(B) WILLFULNESS | |
|---|---|---|---|---|
|  | YES | NO | YES | NO |
| Claim 7 | _____ | _____ | _____ | _____ |
| Claim 8 | _____ | _____ | _____ | _____ |
| Claim 9 | _____ | _____ | _____ | _____ |
| Claim 10 | _____ | _____ | _____ | _____ |
| Claim 14 | _____ | _____ | _____ | _____ |
| Claim 15 | _____ | _____ | _____ | _____ |

## QUESTION NO. 3 (CONTRIBUTORY INFRINGEMENT)

**3(A).** Did Convolve prove by a preponderance of evidence that Dell contributed to the infringement of any of the following claims of the '473 patent?

**3(B).** Did Convolve prove by clear and convincing evidence that Dell's contributory infringement, if any, was willful?

Please check "YES" or "NO" in column 3(A) as to each claim. For each claim you answer "YES" to in column 3(A), in column 3(B) answer "YES" or "NO." If you answer "NO" in column 3(A) as to all claims, do not answer the corresponding column 3(B).

|  | 3(A) INFRINGEMENT | | 3(B) WILLFULNESS | |
| --- | --- | --- | --- | --- |
|  | YES | NO | YES | NO |
| Claim 7 | _____ | _____ | _____ | _____ |
| Claim 8 | _____ | _____ | _____ | _____ |
| Claim 9 | _____ | _____ | _____ | _____ |
| Claim 10 | _____ | _____ | _____ | _____ |
| Claim 14 | _____ | _____ | _____ | _____ |
| Claim 15 | _____ | _____ | _____ | _____ |

## QUESTION NO. 4 (ANTICIPATION)

**4.** Did Dell prove by clear and convincing evidence that any of the following claims of the '473 patent is anticipated? Place a check in the appropriate "YES" or "NO" column as to each claim.

|  | YES | NO |
|---|---|---|
| Claim 7 | _____ | _____ |
| Claim 8 | _____ | _____ |
| Claim 9 | _____ | _____ |
| Claim 10 | _____ | _____ |
| Claim 14 | _____ | _____ |
| Claim 15 | _____ | _____ |

## QUESTION NO. 5 (OBVIOUSNESS)

**5.** Did Dell prove by clear and convincing evidence that any of the following claims of the '473 patent is obvious? Place a check in the appropriate "YES" or "NO" column as to each claim.

|  | YES | NO |
|---|---|---|
| Claim 7 | _____ | _____ |
| Claim 8 | _____ | _____ |
| Claim 9 | _____ | _____ |
| Claim 10 | _____ | _____ |
| Claim 14 | _____ | _____ |
| Claim 15 | _____ | _____ |

## QUESTION NO. 6 (DAMAGES)

**6.** What sum of money do you find is adequate as a reasonable royalty to compensate Convolve for the conduct of Dell that you found to infringe from June 18, 2002 through the present date? Answer in dollars and cents:

$ _____

## QUESTION NO. 7 (FUTURE DAMAGES)

**7.** What sum of money do you find is adequate to compensate Convolve for the conduct of Dell you found to infringe, that occurs after the present date?

$ _____per unit

**DATE** _____      **INITIALS OF FOREPERSON** _____

30437222.1

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# MARSHALL DIVISION

| | | |
|---|---|---|
| CONVOLVE, INC., | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:08-CV-244-CE |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| DELL INC., | § | |
| HITACHI GLOBAL STORAGE | § | |
| TECHNOLOGIES, INC., | § | |
| HITACHI LTD., | § | |
| WESTERN DIGITAL CORPORATION, | § | |
| | § | |
| Defendants. | § | |

**<u>PLAINTIFF CONVOLVE, INC.'S PROPOSED JURY VERDICT FORM AS TO DEFENDANTS HITACHI GLOBAL STORAGE TECHNOLOGIES, INC. AND HITACHI LTD.</u>**

30437235.1

## QUESTION NO. 1 (DIRECT INFRINGEMENT)

**1(A).** Did Convolve prove by a preponderance of evidence that Hitachi infringes any of the following claims of the '473 patent?

**1(B).** Did Convolve prove by clear and convincing evidence that Hitachi's infringement, if any, was willful?

Please check "YES" or "NO" in column 1(A) as to each claim. For each claim you answer "YES" to in column 1(A), in column 1(B) answer "YES" or "NO." If you answer "NO" in column 1(A) as to all claims, do not answer the corresponding column 1(B).

|  | 1(A) INFRINGEMENT | | 1(B) WILLFULNESS | |
|---|---|---|---|---|
|  | YES | NO | YES | NO |
| Claim 7 | _____ | _____ | _____ | _____ |
| Claim 8 | _____ | _____ | _____ | _____ |
| Claim 9 | _____ | _____ | _____ | _____ |
| Claim 10 | _____ | _____ | _____ | _____ |
| Claim 14 | _____ | _____ | _____ | _____ |
| Claim 15 | _____ | _____ | _____ | _____ |

## QUESTION NO. 2 (INDUCED INFRINGEMENT)

**2(A).** Did Convolve prove by a preponderance of evidence that Hitachi induced the infringement of any of the following claims of the '473 patent?

**2(B).** Did Convolve prove by clear and convincing evidence that Hitachi's induced infringement, if any, was willful?

Please check "YES" or "NO" in column 2(A) as to each claim. For each claim you answer "YES" to in column 2(A), in column 2(B) answer "YES" or "NO." If you answer "NO" in column 2(A) as to all claims, do not answer the corresponding column 2(B).

|  | 2(A) INFRINGEMENT | | 2(B) WILLFULNESS | |
|---|---|---|---|---|
|  | YES | NO | YES | NO |
| Claim 7 | _____ | _____ | _____ | _____ |
| Claim 8 | _____ | _____ | _____ | _____ |
| Claim 9 | _____ | _____ | _____ | _____ |
| Claim 10 | _____ | _____ | _____ | _____ |
| Claim 14 | _____ | _____ | _____ | _____ |
| Claim 15 | _____ | _____ | _____ | _____ |

## QUESTION NO. 3 (CONTRIBUTORY INFRINGEMENT)

**3(A).** Did Convolve prove by a preponderance of evidence that Hitachi contributed to the infringement of any of the following claims of the '473 patent?

**3(B).** Did Convolve prove by clear and convincing evidence that Hitachi's contributory infringement, if any, was willful?

Please check "YES" or "NO" in column 3(A) as to each claim. For each claim you answer "YES" to in column 3(A), in column 3(B) answer "YES" or "NO." If you answer "NO" in column 3(A) as to all claims, do not answer the corresponding column 3(B).

|  | 3(A) INFRINGEMENT | | 3(B) WILLFULNESS | |
|---|---|---|---|---|
|  | YES | NO | YES | NO |
| Claim 7 | _____ | _____ | _____ | _____ |
| Claim 8 | _____ | _____ | _____ | _____ |
| Claim 9 | _____ | _____ | _____ | _____ |
| Claim 10 | _____ | _____ | _____ | _____ |
| Claim 14 | _____ | _____ | _____ | _____ |
| Claim 15 | _____ | _____ | _____ | _____ |

30437235.1

## QUESTION NO. 4 (ANTICIPATION)

**4.** Did Hitachi prove by clear and convincing evidence that any of the following claims of the '473 patent is anticipated? Place a check in the appropriate "YES" or "NO" column as to each claim.

|  | YES | NO |
|---|---|---|
| Claim 7 | _____ | _____ |
| Claim 8 | _____ | _____ |
| Claim 9 | _____ | _____ |
| Claim 10 | _____ | _____ |
| Claim 14 | _____ | _____ |
| Claim 15 | _____ | _____ |

## QUESTION NO. 5 (OBVIOUSNESS)

**5.** Did Hitachi prove by clear and convincing evidence that any of the following claims of the '473 patent is obvious? Place a check in the appropriate "YES" or "NO" column as to each claim.

|  | YES | NO |
|---|---|---|
| Claim 7 | _____ | _____ |
| Claim 8 | _____ | _____ |
| Claim 9 | _____ | _____ |
| Claim 10 | _____ | _____ |
| Claim 14 | _____ | _____ |
| Claim 15 | _____ | _____ |

## QUESTION NO. 6 (DAMAGES)

**7.** What sum of money do you find is adequate as a reasonable royalty to compensate Convolve for the conduct of Hitachi that you found to infringe from June 18, 2002 through the present date? Answer in dollars and cents:

$ _____

## QUESTION NO. 7 (FUTURE DAMAGES)

**8.** What sum of money do you find is adequate to compensate Convolve for the conduct of Hitachi you found to infringe, that occurs after the present date?

$ _____ per unit

**DATE** _____  **INITIALS OF FOREPERSON** _____

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

## MARSHALL DIVISION

| | | |
|---|---|---|
| **CONVOLVE, INC.,** | § | |
| | § | |
| Plaintiff, | § | **CIVIL ACTION NO. 2:08-CV-244-CE** |
| | § | |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| **DELL INC.,** | § | |
| **HITACHI GLOBAL STORAGE** | § | |
| **TECHNOLOGIES, INC.,** | § | |
| **HITACHI LTD.,** | § | |
| **WESTERN DIGITAL CORPORATION,** | § | |
| | § | |
| Defendants. | § | |

### PLAINTIFF CONVOLVE, INC.'S PROPOSED JURY VERDICT FORM AS TO DEFENDANT WESTERN DIGITAL CORPORATION

## QUESTION NO. 1 (DIRECT INFRINGEMENT)

**1(A).** Did Convolve prove by a preponderance of evidence that Western Digital infringes any of the following claims of the '473 patent?

**1(B).** Did Convolve prove by clear and convincing evidence that Western Digital's infringement, if any, was willful?

Please check "YES" or "NO" in column 1(A) as to each claim.  For each claim you answer "YES" to in column 1(A), in column 1(B) answer "YES" or "NO."  If you answer "NO" in column 1(A) as to all claims, do not answer the corresponding column 1(B).

|  | 1(A) INFRINGEMENT | | 1(B) WILLFULNESS | |
|---|---|---|---|---|
|  | YES | NO | YES | NO |
| Claim 7 | _____ | _____ | _____ | _____ |
| Claim 8 | _____ | _____ | _____ | _____ |
| Claim 9 | _____ | _____ | _____ | _____ |
| Claim 10 | _____ | _____ | _____ | _____ |
| Claim 14 | _____ | _____ | _____ | _____ |
| Claim 15 | _____ | _____ | _____ | _____ |

### QUESTION NO. 2 (INDUCED INFRINGEMENT)

**2(A).** Did Convolve prove by a preponderance of evidence that Western Digital induced the infringement of any of the following claims of the '473 patent?

**2(B).** Did Convolve prove by clear and convincing evidence that Western Digital's induced infringement, if any, was willful?

Please check "YES" or "NO" in column 2(A) as to each claim. For each claim you answer "YES" to in column 2(A), in column 2(B) answer "YES" or "NO." If you answer "NO" in column 2(A) as to all claims, do not answer the corresponding column 2(B).

|  | 2(A) INFRINGEMENT | | 2(B) WILLFULNESS | |
|---|---|---|---|---|
|  | YES | NO | YES | NO |
| Claim 7 | _____ | _____ | _____ | _____ |
| Claim 8 | _____ | _____ | _____ | _____ |
| Claim 9 | _____ | _____ | _____ | _____ |
| Claim 10 | _____ | _____ | _____ | _____ |
| Claim 14 | _____ | _____ | _____ | _____ |
| Claim 15 | _____ | _____ | _____ | _____ |

## QUESTION NO. 3 (CONTRIBUTORY INFRINGEMENT)

**3(A).** Did Convolve prove by a preponderance of evidence that Western Digital contributed to the infringement of any of the following claims of the '473 patent?

**3(B).** Did Convolve prove by clear and convincing evidence that Western Digital's contributory infringement, if any, was willful?

Please check "YES" or "NO" in column 3(A) as to each claim. For each claim you answer "YES" to in column 3(A), in column 3(B) answer "YES" or "NO." If you answer "NO" in column 3(A) as to all claims, do not answer the corresponding column 3(B).

|  | 3(A) INFRINGEMENT | | 3(B) WILLFULNESS | |
|---|---|---|---|---|
|  | YES | NO | YES | NO |
| Claim 7 | _____ | _____ | _____ | _____ |
| Claim 8 | _____ | _____ | _____ | _____ |
| Claim 9 | _____ | _____ | _____ | _____ |
| Claim 10 | _____ | _____ | _____ | _____ |
| Claim 14 | _____ | _____ | _____ | _____ |
| Claim 15 | _____ | _____ | _____ | _____ |

## QUESTION NO. 4 (ANTICIPATION)

**4.** Did Western Digital prove by clear and convincing evidence that any of the following claims of the '473 patent is anticipated? Place a check in the appropriate "YES" or "NO" column as to each claim.

|  | YES | NO |
|---|---|---|
| Claim 7 | _____ | _____ |
| Claim 8 | _____ | _____ |
| Claim 9 | _____ | _____ |
| Claim 10 | _____ | _____ |
| Claim 14 | _____ | _____ |
| Claim 15 | _____ | _____ |

## QUESTION NO. 5 (OBVIOUSNESS)

**5.** Did Western Digital prove by clear and convincing evidence that any of the following claims of the '473 patent is obvious? Place a check in the appropriate "YES" or "NO" column as to each claim.

|  | YES | NO |
|---|---|---|
| Claim 7 | _____ | _____ |
| Claim 8 | _____ | _____ |
| Claim 9 | _____ | _____ |
| Claim 10 | _____ | _____ |
| Claim 14 | _____ | _____ |
| Claim 15 | _____ | _____ |

## QUESTION NO. 6 (DAMAGES)

**6.** What sum of money do you find is adequate as a reasonable royalty to compensate Convolve for the conduct of Western Digital that you found to infringe from June 18, 2002 through the present date? Answer in dollars and cents:

$ _____

## QUESTION NO. 7 (FUTURE DAMAGES)

**7.** What sum of money do you find is adequate to compensate Convolve for the conduct of Western Digital you found to infringe, that occurs after the present date?

$ _____per unit

30437238.1

**DATE** _____  **INITIALS OF FOREPERSON** _____

DATED:  June 20, 2011               Respectfully submitted,

                                    **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**


                                    /s/ *A. James Anderson*_____
                                    A. James Anderson (admitted *pro hac vice*)
                                    Georgia Bar No. 016300
                                    Anna C. Halsey (admitted *pro hac vice*)
                                    Georgia Bar No. 208034
                                    Elizabeth V. Thomas (admitted *pro hac vice*)
                                    Georgia Bar No. 624263
                                    Ailis L. Burpee (admitted *pro hac vice*)
                                    Georgia Bar No. 623492
                                    Jennifer A. Adler (admitted *pro hac vice*)
                                    Georgia Bar No. 585635
                                    Tara G. Sharp (admitted *pro hac vice*)
                                    Georgia Bar No. 623320

                                    One Atlantic Center
                                    1201 West Peachtree Street, Suite 2200
                                    Atlanta, Georgia  30309
                                    Telephone:  (404) 760-4300
                                    Facsimile:  (404) 233-1267
                                    Email:  ajanderson@rkmc.com
                                    Email:  achalsey@rkmc.com
                                    Email:  evthomas@rkmc.com
                                    Email:  alburpee@rkmc.com
                                    Email:  jaadler@rkmc.com
                                    Email:  tgsharp@rkmc.com

                                    Marla R. Butler (admitted *pro hac vice*)
                                    Georgia Bar No. 099917
                                    Bryan J. Vogel (admitted *pro hac vice*)
                                    New York Bar No. 3933736

                                    601 Lexington Avenue, 34th Floor
                                    New York, NY  10022
                                    Telephone:  (212) 980-7400
                                    Facsimile: (212) 980-7499
                                    Email:  mrbutler@rkmc.com
                                    Email:  bjvogel@rkmc.com

       Trevor J. Foster (admitted *pro hac vice*)
       State Bar No. 0345568

       800 LaSalle Avenue
       2800 LaSalle Plaza
       Minneapolis, MN  55402-2015
       Telephone:  (612) 349-8500
       Facsimile:  (612) 339-4181
       Email: tjfoster@rkmc.com

       Eric M. Albritton
       Texas State Bar No. 00790215
       Stephen E. Edwards
       Texas Bar No. 00784008
       ALBRITTON LAW FIRM
       P.O. Box 2649
       Longview, Texas  75606
       Telephone:  (903) 757-8449
       Facsimile:  (903) 758-7397
       Email:  ema@emafirm.com
       Email:  see@emafirm.com

       T. John Ward, Jr.
       Texas State Bar No. 00794818
       WARD & SMITH LAW FIRM
       P.O. Box 1231
       Longview, Texas  75606
       Telephone:  (903) 757-6400
       Facsimile:  (903) 757-2323
       Email:  jw@jwfirm.com

       ***ATTORNEYS FOR PLAINTIFF CONVOLVE, INC.***

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 20th day of June 2011.

       */s/ A. James Anderson*_____
       A. James Anderson