✎ AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

EASTERN                DISTRICT OF                TEXAS

| | |
|---|---|
| CONVOLVE, INC.<br><br>V.<br><br>DELL, INC., ET AL | **NOTICE**<br><br>CASE NUMBER:   2:08-cv-244 (CE) |

TYPE OF CASE:

    X   **CIVIL**            **CRIMINAL**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**PRETRIAL CONFERENCE**

**XX** TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE<br>United States District Court<br>100 E. Houston St.<br>Marshall, TX 75670 | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>June 23, 2011, 11:00 a.m. | CONTINUED TO DATE AND TIME<br><br>**June 23, 2011, 3:30 p.m.** |
|---|---|---|

                                         David J. Maland<br>
                                         US MAGISTRATE JUDGE OR CLERK OF COURT

| June 21, 2011 | Debbie Latham |
|---|---|
| DATE | (BY) DEPUTY CLERK |

TO:      ALL COUNSEL OF RECORD

**ATTENTION:   STAFF OF JUDGE CHAD EVERINGHAM**

**ACKNOWLEDGMENT**

**NOTICE TO COUNSEL:** Please sign in the space provided below and return to the court by facsimile, **(903) 938-7819**, within three (3) days of your receipt of the enclosed notice.

_____

**I acknowledge receipt of the indicated notice on the date shown below.**

Case No. _____

Signature of Atty. _____
                                                         Date

Print Name of Atty. _____

Counsel for _____
            (Name of Party)

Type of Proceeding: _____
                    (e.g., Scheduling Conference)

Date of Proceeding: _____

Time of Proceeding: _____

Location of Proceeding: _____