IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CONVOLVE, INC. | § | |
| | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:08-cv-244 |
| | § | |
| DELL INC., | § | JURY TRIAL DEMANDED |
| WESTERN DIGITAL CORPORATION, | § | |
| HITACHI GLOBAL STORAGE | § | |
| TECHNOLOGIES, INC., and | § | |
| HITACHI LTD., | § | |
| | § | |
|    Defendants. | § | |

**(PROPOSED) ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT FOR DEFENDANTS' OPPOSITIONS TO CONVOLVE'S MOTIONS IN LIMINE**

     Now before the Court is Defendants' Unopposed Motion for Leave to Exceed the Page Limit for Defendants' Oppositions to Convolve's Motions in Limine. The Court is of the opinion that the motion should be GRANTED.

     It is therefore ORDERED that the page limit for Defendants' Oppositions to Convolve's Motions in Limine be exceeded by seven (7) pages, bringing the page limit up to and including twenty-two (22) pages.

     SIGNED this 24th day of June, 2011.

                                                             _____
                                                              CHARLES EVERINGHAM IV
                                                              UNITED STATES MAGISTRATE JUDGE

2452714