**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF TEXAS**

**MARSHALL DIVISION**

| | | |
|---|---|---|
| CONVOLVE, INC., | § § § | |
| Plaintiff, | § § | Case No. 2:08-cv-244 |
| v. | § § | |
| DELL INC., WESTERN DIGITAL CORPORATION, HITACHI GLOBAL STORAGE TECHNOLOGIES, INC., and HITACHI LTD., | § § § § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

**(PROPOSED) ORDER ON WESTERN DIGITAL'S SUPPLEMENTAL MOTION IN LIMINE CONCERNING THE LATE-IDENTIFIED WESTERN DIGITAL '481 PATENT AND ITS PROSECUTION AND OBJECTION TO CONVOLVE EXHIBITS PTX-576 AND PTX-798**

Before the Court is Western Digital's Supplemental Motion *In Limine* Concerning The Late-Identified Western Digital '481 Patent And Its Prosecution And Objection To Convolve Exhibits PTX-576 And PTX-798. Having reviewed the papers on the Motion, the Court makes the following determination:

GRANTED _____    GRANTED AS MODIFIED _____   DENIED _____

IT IS SO ORDERED.

2451162