✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | TEXAS |

CONVOLVE, INC.

V.

DELL, INC., ET AL

**NOTICE**

CASE NUMBER:   2:08-cv-244 (CE)

TYPE OF CASE:

X **CIVIL**       **CRIMINAL**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**JURY SELECTION AND EVIDENTIARY HEARING REGARDING TRIAL EXHIBITS AND DEPOSITION DESIGNATIONS**

**XX** TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE<br>United States District Court<br>100 E. Houston St.<br>Marshall, TX 75670 | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>Jury Selection - July 5, 2011, 9:00 a.m.; hearing re trial exhibits - July 5, 2011, 11:00 a.m. | CONTINUED TO DATE AND TIME<br><br>**July 5, 2011, 1:30 p.m.**<br>**(Evidentiary hearing immediately following jury selection)** |
|---|---|---|

David J. Maland
US MAGISTRATE JUDGE OR CLERK OF COURT

July 1, 2011                                            Debbie Latham
DATE                                                    (BY) DEPUTY CLERK

TO:   ALL COUNSEL OF RECORD

**ATTENTION:   STAFF OF JUDGE CHAD EVERINGHAM**

**ACKNOWLEDGMENT**

  **NOTICE TO COUNSEL:**  Please sign in the space provided below and return to the court by facsimile, **(903) 938-7819**, within three (3) days of your receipt of the enclosed notice.

_____

  **I acknowledge receipt of the indicated notice on the date shown below.**


Case No. _____

Signature of Atty._____
                 Date
Print Name of Atty._____

Counsel for _____
     (Name of Party)


Type of Proceeding: _____
       (e.g., Scheduling Conference)

Date of Proceeding: _____

Time of Proceeding: _____

Location of Proceeding: _____