## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| CONVOLVE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Case No.  2:08-CV-244 |
| DELL, INC., WESTERN DIGITAL | § | |
| CORPORATION, HITACHI GLOBAL | § | **JURY TRIAL DEMANDED** |
| STORAGE TECHNOLOGIES, INC. and | § | |
| HITACHI LTD., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## DEFENDANTS' AGREED MOTION FOR EXPEDITED BRIEFING ON DEFENDANTS' MOTION TO STRIKE PORTIONS OF CONVOLVE'S EXPERT REPORTS (DOCKET NO. 443)

Defendants Dell, Inc., Western Digital Corp., Hitachi, Ltd., and Hitachi Global Storage Technologies, Inc. (collectively, "Defendants") hereby seek the Court's permission for entry of an expedited briefing schedule and resolution of Defendants' Motion to Strike Portions of Convolve's Expert Reports That Are Based on Testing of Devices That Were Not Produced for Inspection, Docket No. 443, filed concurrently herewith.

The parties have agreed to the following briefing schedule:

- Convolve's Response to be filed Friday, July 8, 2011.

- Defendants' Reply to be filed Sunday, July 10, 2011.

- Convolve's Sur-Reply to be filed Wednesday, July 13, 2011.

Accordingly, Defendants respectfully request that the Court grant this Motion for expedited briefing and resolution of Defendants' Motion prior to the trial set to begin July 18, 2011.  Expedited briefing is required because the trial is approaching and the issues in the Motion to Strike Portions of Convolve's Expert Reports are crucial to the trial.

July 1, 2011                          By:      /s/ Roger Fulghum
                                               Deron R. Dacus
                                               Lead Attorney
                                               Texas State Bar No. 00790553
                                               Ramey & Flock, P.C.
                                               100 East Ferguson, Suite 500
                                               Tyler, Texas 75702
                                               Telephone:  (903) 597-3301
                                               Facsimile:  (903) 597-2413
                                               E-mail:  ddacus@rameyflock.com

                                               Roger Fulghum
                                               Texas State Bar No. 00790724
                                               Tammy Pennington Rhodes
                                               Texas State Bar No. 24051182
                                               Bradley Bowling
                                               Texas State Bar No. 24040555
                                               BAKER BOTTS L.L.P.
                                               One Shell Plaza
                                               910 Louisiana
                                               Houston, Texas 77002-4995
                                               Telephone:  (713) 229-1234
                                               Facsimile:  (713) 229-1522
                                               E-mail: roger.fulghum@bakerbotts.com
                                               E-mail: tammy.pennington@bakerbotts.com
                                               E-mail: brad.bowling@bakerbotts.com

                                               Michael C. Smith
                                               Texas State Bar No. 18650410
                                               Siebman, Burg, Phillips & Smith, LLP
                                               P.O. Box 1556
                                               Marshall, Texas 75671
                                               Telephone:  (903) 938-8900
                                               Facsimile:  (972) 767-4620
                                               E-mail:  michaelsmith@siebman.com

                                               Kimball R. Anderson
                                               Winston & Strawn LLP
                                               35 W. Wacker Drive
                                               Chicago, Illinois 60601
                                               Telephone:  (312) 558-5858
                                               Facsimile:  (312) 558-5600
                                               E-mail:  kanderson@winston.com

Marcus T. Hall
Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, California  90071-1543
Telephone:  (213) 615-1733
Facsimile:  (415) 591-1400
E-mail:  mthall@winston.com

**ATTORNEYS FOR DELL INC.**

Date:  July 1, 2011                     By:      /s/ Douglas E. Lumish
                                                 Douglas E. Lumish (Lead Attorney)
                                                 California State Bar No. 183863
                                                 Jeffrey G. Homrig
                                                 California State Bar No. 215890
                                                 Joseph H. Lee
                                                 California State Bar No. 248046
                                                 J. Jason Lang
                                                 California State Bar No. 255642
                                                 Joseph B. Shear
                                                 California State Bar No. 262222
                                                 Kasowitz, Benson, Torres & Friedman LLP
                                                 101 California Street, Suite 2300
                                                 San Francisco, California 94111
                                                 T: (415) 421-6140, F: (415) 398-5030
                                                 Email: dlumish@kasowitz.com
                                                 Email: jhomrig@ kasowitz.com
                                                 Email: jlee@kasowitz.com
                                                 Email: jlang@kasowitz.com
                                                 Email: jshear@kasowitz.com

                                                 Eric H. Findlay
                                                 Texas State Bar No. 00789886
                                                 Brian Craft
                                                 Texas State Bar No. 04972020
                                                 Findlay Craft, LLP
                                                 6760 Old Jacksonville Hwy, Suite 101
                                                 Tyler, TX 75703
                                                 T: (903) 534-1100, F: (903) 534-1137
                                                 Email: efindlay@findlaycraft.com
                                                 Email: bcraft@findlaycraft.com

                                                 ATTORNEYS FOR DEFENDANTS
                                                 HITACHI, LTD. AND
                                                 HITACHI GLOBAL STORAGE
                                                 TECHNOLOGIES, INC.

Date:  July 1, 2011                By:      /s/ Bruce A. Wessel_____
                                            Bruce A. Wessel (admitted *pro hac vice*)
                                            California State Bar No. 116734
                                            Richard M. Birnholz (admitted *pro hac vice*)
                                            California State Bar No. 151543
                                            Garland A. Kelley (admitted *pro hac vice*)
                                            California State Bar No. 225450
                                            Thomas C. Werner (admitted *pro hac vice*)
                                            California State Bar No. 223792
                                            Irell & Manella L.L.P.
                                            1800 Avenue of the Stars, Suite 900
                                            Los Angeles, California 90067
                                            T: (310) 203-7045, F: (310) 203-7199
                                            Email: bwessel@irell.com
                                            Email: rbirnholz@irell.com
                                            Email: gkelley@irell.com
                                            Email: twerner@irell.com

                                            Reynaldo C. Barcelo (admitted *pro hac vice*)
                                            California State Bar No. 199741
                                            Barcelo, Harrison & Walker, LLP
                                            2901 West Coast Highway, Suite 200
                                            Newport Beach, California 92663
                                            T: (949) 340-9736, F: (949) 258-5752
                                            Email: rey@bhiplaw.com

                                            Harold Kip Glasscock, Jr.
                                            Texas State Bar No. 08011000
                                            Kip Glasscock Attorney at Law
                                            550 Fannin, Suite 1350
                                            Beaumont, Texas 77701
                                            T: (409) 833-8822, F: (409) 838-4666
                                            Email: kipglasscock@hotmail.com

                                            Melissa Richards Smith
                                            Texas State Bar No. 24001351
                                            GILLAM & SMITH, L.L.P.
                                            303 South Washington Avenue
                                            Marshall, Texas 75670
                                            T: (903) 934-8450, F: (903) 934-9257
                                            Email: Melissa@gillamsmithlaw.com

                                            ATTORNEYS FOR DEFENDANT WESTERN
                                            DIGITAL CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically on July 1, 2011, pursuant to Local Rule CV-5(a) and has been served on all counsel who are deemed to have consented to electronic service.

/s/ Bradley Bowling
Bradley Bowling

## CERTIFICATE OF CONFERENCE

In accordance with Local Rule CV-7(h), Brad Bowling, counsel for Dell Inc., conferred in good faith with Anna Carr Halsey, counsel for Convolve, Inc., during a meet and confer telephone conference on July 1, 2011.  In emails following the telephone conference, Ms. Halsey stated that Convolve agrees to this briefing schedule.

/s/ Bradley Bowling
Bradley Bowling