**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| CONVOLVE, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | Case No. 2:08-CV-244 |
| DELL, INC., WESTERN DIGITAL § | |
| CORPORATION, HITACHI GLOBAL § | **JURY TRIAL DEMANDED** |
| STORAGE TECHNOLOGIES, INC. and § | |
| HITACHI LTD., § | |
| § | |
| Defendants. § | |
| § | |

## ORDER ON DEFENDANTS' AGREED MOTION FOR EXPEDITED BRIEFING

Upon consideration of Defendants' Agreed Motion for Expedited Briefing on Defendants' Motion to Strike Portions of Convolve's Expert Reports (Docket No. 443), the Court is of the opinion that Defendant's Motion should be and is hereby GRANTED.

It is therefore ORDERED that the following briefing schedule on Defendants' Motion to Strike Portions of Convolve's Expert Reports, Docket No. 443, be entered:

- Convolve's Response to be filed Friday, July 8, 2011.
- Defendants' Reply to be filed Sunday, July 10, 2011.
- Convolve's Sur-Reply to be filed Wednesday, July 13, 2011.

SIGNED this 5th day of July, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE