**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| CONVOLVE, INC. | § | |
| | § | |
| vs. | § | CASE NO. 2:08-CV-244-CE |
| | § | |
| DELL, INC., ET AL | § | |

## ORDER

Pending before the court is defendant Western Digital Corp.'s ("Western Digital") supplemental motion in limine concerning the late-identified Western Digital '481 Patent and its prosecution (Dkt. No. 440). In accordance with the court's ruling during the July 5, 2011 exhibit hearing held in this matter, Western Digital's motion is GRANTED.

SIGNED this 7th day of July, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE

1