UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CONVOLVE, INC. | § | |
| | § | |
| vs. | § | CASE NO. 2:08-CV-244-CE |
| | § | |
| DELL, INC., ET AL | § | |

## ORDER

Pending before the court is Plaintiff's motion to compel defendant Hitachi Global Storage Technologies, Inc. ("Hitachi") to supplement its interrogatories responses and produce deposition witnesses (Dkt. No. 272). Plaintiff requests that the court compel Hitachi to: (1) supplement its responses to Common Interrogatory No. 2 and Specific Interrogatory Nos. 2 and 5; and (2) produce a knowledgeable witness or witnesses to be deposed in the United States. The court has already issued an order granting-in-part Plaintiff's request that the court compel Hitachi to produce a 30(b)(6) witness knowledgeable on the topics identified in the motion. Beyond this, the court is not convinced that any further relief is appropriate. As such, the court DENIES Plaintiff's request that the court compel Hitachi to supplement its interrogatory responses.

SIGNED this 12th day of July, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE

1