**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| CONVOLVE, INC. | § | |
| | § | |
| vs. | § | CASE NO. 2:08-CV-244-CE |
| | § | |
| DELL, INC., ET AL | § | |

**ORDER**

The court sua sponte ORDERS that Plaintiff Convolve, Inc. will have fifteen hours to try its case and Defendants collectively will have eighteen hours to try their case. This time is exclusive of the parties' opening statements and closing arguments, but inclusive of the parties' respective direct examinations, cross examinations, and deposition designations.

SIGNED this 13th day of July, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE

1