IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| CONVOLVE, INC., | § | |
| | § | |
| *Plaintiff*, | § | CIVIL ACTION NO. 2:08-CV-244-CE |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| DELL INC., *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

**STIPULATION OF THE PARTIES REGARDING CERTAIN PHYSICAL EXHIBITS AND DEFENDANTS' MOTION TO STRIKE PORTIONS OF CONVOLVE'S EXPERT REPORTS (DKT. NO. 443)**

Plaintiff Convolve, Inc. ("Convolve") and Defendants Dell Inc., Western Digital Corporation, Hitachi, Ltd., and Hitachi Global Storage Technologies, Inc. (collectively "Defendants") stipulate to the following:

1.   Convolve agrees to withdraw its objections to certain physical devices on Defendants' Trial Exhibit list specifically, JTX Nos. 398, 399, 456, 576-581, 586-592, 758-760, and 1394-1395, and that these devices can come into evidence, subject to Convolve's inspection of the physical devices to confirm that the physical exhibits are as described on Defendants' Exhibit List (*i.e.*, solely a visual inspection of the device).

2.   Defendants agree to make the physical devices available for inspection in Marshall, Texas as soon as reasonably possible, to the extent they have not previously been produced. During the inspection, each physical device will be identified by its respective exhibit number.

3.   Defendants agree that they will not question Dr. Singer with respect to discovery compliance on the Hawk drive.

4.   Defendants agree to withdraw their Motion to Strike Portions of Convolve's Expert Reports (Dkt. No. 443) as moot.

5.   The parties agree that this agreement does not affect exhibits that the parties have already agreed should be pre-admitted or that the Court has indicated should be pre-admitted.

6.   The parties agree that this agreement does not affect the ability of the parties to offer these physical devices on Defendants' Trial Exhibit list specifically, JTX Nos. 398, 399, 456, 576-581, 586-592, 758-760, and 1394-1395 as demonstratives.  The parties reserve the right to assert any objections to the manner in which demonstratives are used in trial.

Respectfully submitted,

Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Stephen E. Edwards
Texas State Bar No. 00784008
see@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

A. James Anderson
Georgia Bar No. 016300
ajanderson@rkmc.com
Anna C. Halsey
Georgia Bar No. 208034
achalsey@rkmc.com
Elizabeth V. Thomas
Georgia Bar No. 624263
evthomas@rkmc.com
Ailis L. Burpee
Georgia Bar No. 623492
alburpee@rkmc.com

Jennifer A. Adler
Georgia Bar No. 217712
jaadler@rkmc.com
Tara Sharp
Georgia Bar No. 623320
tgsharp@rkmc.com
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2600 One Atlanta Plaza
950 East Paces Ferry Road, N.E.
Atlanta, Georgia  30326-1386
Telephone:  (404) 760-4300
Facsimile:  (404) 233-1267

Marla R. Butler (admitted *pro hac vice*)
Georgia Bar No. 099917
mrbutler@rkmc.com
Bryan J. Vogel (admitted *pro hac vice*)
New York Bar No. 3933736
bjvogel@rkmc.com
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
601 Lexington Avenue, 34th Floor
New York, NY  10022
Telephone:  (212) 980-7400
Facsimile:  (212) 980-7499

Trevor Foster
State Bar No. MN0345568
tjfoster@rkmc.com
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza, 800 LaSalle Ave.
Minneapolis, MN  55402
Telephone:  (612) 349-8500
Facsimile:  (612) 339-4181

T. John Ward, Jr.
Texas State Bar No. 00794818
jw@wsfirm.com
Wesley Hill
Texas State Bar No. 24032294
wh@wsfirm.com
WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, Texas  75606
Telephone:  (903) 757-6400
Facsimile:  (903) 757-2323

***Counsel for Convolve, Inc.***

Respectfully submitted,

*/s/ Roger Fulghum (with permission)*
Deron R. Dacus, Lead Attorney
Texas State Bar No. 00790553
ddacus@rameyflock.com
Ramey & Flock, P.C.
100 East Ferguson, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-3301
Facsimile: (903) 597-2413

Roger Joseph Fulghum
Texas State Bar No. 00790724
roger.fulghum@bakerbotts.com
Tammy M. Pennington
Texas State Bar No. 24051182
tammy.pennington@bakerbotts.com
Bradley Bowling
Texas State Bar No. 24040555
brad.bowling@bakerbotts.com
Joshua Parker
Texas State Bar No. 24056092
josh.parker@bakerbotts.com
Amanda Woodall
Texas State Bar No. 24028139
Amanda.woodall@bakerbotts.com
Christopher Ponder
Texas State Bar No. 24065916
chris.ponder@bakerbotts.com
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana
Houston, Texas 77002
Telephone:  (713) 229-1569
Facsimile:  (713) 229-7769

Michael C. Smith
Texas State Bar No. 18650410
michaelsmith@siebman.com
SIEBMAN, REYNOLDS, BURG, PHILLIPS & SMITH, LLP
713 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 938-8900
Facsimile:  (972) 767-4620

Kimball R. Anderson
Illinois Bar No. 00049980
Kanderson@winston.com
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, Illinois 60601-9703
Telephone: (312) 558-5858
Facsimile: (312) 558-5600

Marcus T. Hall
California State Bar No. 206495
mthall@winston.com
Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, California 90071
Telephone:  (213) 615-1733
Facsimile:  (415) 591-1400

**_Counsel for Dell Inc._**

Respectfully submitted,

_/s/ Garland Kelley (with permission)_
Bruce Wessel
California State Bar No. 116734
bwessel@irell.com
Richard Birnholz
California State Bar No. 151543
rbirnholz@irell.com
Garland A. Kelley
California State Bar No. 225450
gkelley@irell.com
Thomas C Werner
California State Bar No.
twerner@irell.com
David A. Schwarz
California State Bar No. 159376
dschwarz@irell.com
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone:  (310) 203-7045
Facsimile:  (310) 203-7199

Reynaldo C. Barcelo
California State Bar No. 199741
rey@bhiplaw.com

Barcelo, Harrison & Walker, LLP.
2901 West Coast Highway, Suite 200
Newport Beach, California 92663
Telephone:  (949) 340-9736
Facsimile:  (949) 258-5752

Harold Kip Glasscock, Jr.
Texas State Bar No. 08011000
kipglasscock@hotmail.com
ATTORNEY AT LAW
550 Fannin, Suite 1350
Beaumont, Texas 77701
Telephone:  (409) 833-8822
Facsimile:  (409) 838-4666

Harry L. Gillam, Jr.
Texas State Bar No. 07921800
gil@gillamsmithlaw.com
Melissa Richards Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903)

***Counsel for Western Digital Corporation***

Respectfully submitted,

*/s/ Joseph H. Lee (with permission)*
Douglas E. Lumish (Lead Attorney)
California State Bar No. 183863
Jeffrey G. Homrig
California State Bar No. 215890
Joseph H. Lee
California State Bar No. 248046
J. Jason Lang
California State Bar No. 255642
Joseph B. Shear
California State Bar No. 262222
Kasowitz, Benson, Torres & Friedman LLP
101 California Street, Suite 2300
San Francisco, California 94111
Telephone:  (415) 655-4351
Facsimile:  (415) 520-9454

Patricia Young
New York State Bar No.
pyoung@kasowitz.com
Kasowitz Benson Torres & Friedman LLP
1633 Broadway
New York, New York 10019
Telephone:  (212) 506-1700
Facsimile:  (212) 506-1800

Eric H. Findlay
Texas State Bar No. 00789886
efindlay@findlaycraft.com
Roger Brian Craft
Texas State Bar No. 04972020
bcraft@findlaycraft.com
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy, Suite 101
Tyler, Texas 75703
Telephone:  (903) 534-1100
Facsimile:  (903) 534-1137

***Counsel for Hitachi Global Storage Technologies,
Inc. and Hitachi, Ltd.***

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 13th day of July 2011.

Eric M. Albritton