**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| CONVOLVE, INC. | § § § | |
| vs. | § § § | CASE NO. 2:08-CV-244-CE |
| DELL, INC., ET AL | § | |

**ORDER**

Pending before the court is defendant Hitachi Global Storage Technologies, Inc. and Hitachi LTD.'s emergency motion to compel plaintiff Convolve, Inc. to return certain privileged documents (Dkt. No. 478). The court ORDERS Convolve to respond to this motion by Friday, July 15, 2011.

SIGNED this 14th day of July, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE

1