**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

CONVOLVE, INC.                                §
                                                          §
vs.                                                       §                    CASE NO. 2:08-CV-244-CE
                                                          §
DELL, INC., ET AL                          §

**ORDER**

The court held exhibit hearings in this matter on June 23, 2011 and July 12, 2011.  The court carried three objections.  The court's rulings on these objections are detailed below.

- Defendants' objections to Plaintiff's exhibits number 927, 837, 838, and 481, which reflect communications between Seagate Technology LLC and Dell regarding the AAM industry standard, are OVERRULED.

- Plaintiff's objections to Defendants' exhibits number 758 and 759 are OVERRULED as moot because Plaintiff has withdrawn its objections to these exhibits (*see* Dkt. No. 477).

- Defendants' exhibit number 443 is an opinion letter regarding the patent-in-suit, which was received by Seagate Technology in another litigation.  Defendants have represented that this document is solely relevant to the objective prong of the willfulness analysis. Considering   this,   Plaintiff's   objections   are   SUSTAINED.

SIGNED this 14th day of July, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE

1