AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

CONVOLVE, INC.

**NOTICE**

V.

DELL, INC., ET AL

CASE NUMBER: 2:08-cv-244 (CE)

TYPE OF CASE:

X **CIVIL**   **CRIMINAL**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| U. S. District Court<br>100 E. Houston St.<br>Marshall, Texas 75670 | Judge Everingham's Courtroom |
| | DATE AND TIME<br>July 18, 2011, 8:30 a.m. |

TYPE OF PROCEEDING

**JURY TRIAL TO BEGIN AND CONTINUING UNTIL COMPLETION**

TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

David J. Maland
US MAGISTRATE JUDGE OR CLERK OF COURT

July 14, 2011                                    Jan Lockhart
DATE                                             (BY) DEPUTY CLERK

TO:   ALL COUNSEL OF RECORD

**ATTENTION: STAFF OF JUDGE CHAD EVERINGHAM**

**ACKNOWLEDGMENT**

     **NOTICE TO COUNSEL:** Please sign in the space provided below and return to the court by facsimile, **(903) 938-7819**, within three (3) days of your receipt of the enclosed notice.

_____

**I acknowledge receipt of the indicated notice on the date shown below.**

Case No. _____

Signature of Atty. _____
                                                                                                Date

Print Name of Atty. _____

Counsel for _____
                (Name of Party)

Type of Proceeding: _____
                        (e.g., Scheduling Conference)

Date of Proceeding: _____

Time of Proceeding: _____

Location of Proceeding: _____