IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| CONVOLVE, INC., | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:08-CV-244-CE |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| DELL INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

<u>CONVOLVE INC.'S SECOND AMENDED TRIAL WITNESS LIST</u>

Plaintiff Convolve, Inc. ("Convolve") identifies witnesses that it expects to call or that it may call in its case-in-chief. Convolve reserves the right to call any person on Defendants' Trial Witness List. Convolve also reserves the right to supplement this disclosure as discovery and Convolve's investigations proceed and to the extent permitted by the Court.

**I.    Witnesses That Convolve Will Call Live Or By Deposition**

    A.    Neil Singer, Ph.D.

    B.    Val DiEuliis, Ph.D.

    C.    Bruce McFarlane

    D.    Kent Van Liere, Ph.D.

    E.    Gregory Leonard, Ph.D.

    F.    Dell Corporate Representative

    G.    Hitachi Corporate Representative

    H.    Western Digital Corporation Corporate Representative

II.  **Witnesses That Convolve May Call Live Or By Deposition**

    A.    Nicholas Atchison

    B.    Orhan Beker

    C.    Darrin Bulik

    D.    Daniel Colegrove

    E.    Thomas Colligan

    F.    Brenden Collins

    G.    Thomas Constantino

    H.    Brian Decker

    I.    Gabriel Gelb

    J.    Ronald Gurr

    K.    Randy Hampshire

    L.    Carolyn Koehn

    M.    Steven Luethje

    N.    Bradly Masters

    O.    Brett McAnally

    P.    Lealon McKenzie

    Q.    Michael Mitoma

    R.    Anthony Peterman

    S.    Robert Ryan

    T.    William Stoll

    U.    David Villema

V.      Satoshi Yamamoto

W.      Todd Yogi

X.      Sean Glynn (former Dell employee)

Y.      Ewa Ostrowski

Z.      Serge Mirabeau

AA      Kenneth Pasch

BB      Mark Tanquary

CC      Raul Gonzalez

DD      Yuji Yokoe

DATED:  July 18, 2011

Respectfully submitted,

Eric M. Albritton
Texas State Bar No. 00790215
Stephen E. Edwards
Texas Bar No. 00784008
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas  75606
Telephone:  (903) 757-8449
Facsimile:  (903) 758-7397
Email:  ema@emafirm.com
Email:  see@emafirm.com

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

A. James Anderson (admitted pro hac vice)
Georgia Bar No. 016300
Anna C. Halsey (admitted pro hac vice)
Georgia Bar No. 208034
Elizabeth V. Thomas (admitted pro hac vice)
Georgia Bar No. 624263
Ailis L. Burpee (admitted pro hac vice)
Georgia Bar No. 623492
Jennifer A. Adler (admitted pro hac vice)
Georgia Bar No. 585635
Tara G. Sharp (admitted pro hac vice)
Georgia Bar No. 623320

One Atlantic Center
1201 West Peachtree Street, Suite 2200
Atlanta, Georgia  30309
Telephone:  (404) 760-4300
Facsimile:  (404) 233-1267
Email:  ajanderson@rkmc.com
Email:  achalsey@rkmc.com
Email:  evthomas@rkmc.com
Email:  alburpee@rkmc.com
Email:  jaadler@rkmc.com
Email:  tgsharp@rkmc.com

Marla R. Butler (admitted pro hac vice)
Georgia Bar No. 099917
Bryan J. Vogel (admitted pro hac vice)
New York Bar No. 3933736

4

601 Lexington Avenue, 34th Floor
New York, NY  10022
Telephone:  (212) 980-7400
Facsimile:  (212) 980-7499
Email:  mrbutler@rkmc.com
Email:  bjvogel@rkmc.com

Trevor J. Foster (admitted pro hac vice)
State Bar No. 0345568

800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN  55402-2015
Telephone:  (612) 349-8500
Facsimile:  (612) 339-4181
Email:  tjfoster@rkmc.com

T. John Ward, Jr.
Texas State Bar No. 00794818
WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, Texas  75606
Telephone:  (903) 757-6400
Facsimile:  (903) 757-2323
Email: jw@jwfirm.com

**ATTORNEYS FOR PLAINTIFF CONVOLVE, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served on counsel of record

by email on this the 18th day of July 2011.

Stephen E. Edwards