UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CONVOLVE, INC. | § § | |
| vs. | § § | CASE NO. 2:08-CV-244-CE |
| DELL, INC., ET AL | § | |

## ORDER

Pending before the court is Defendants' supplemental motion in limine to limit reference to Plaintiff's litigation financing, except the 2003 and 2006 private placement memoranda (Dkt. No. 485). The court ORDERS the parties to approach the bench before referencing any litigation financing evidence, including the 2003 and 2006 private placement memoranda.

SIGNED this 19th day of July, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE

1