DATED:  July 19, 2011            Respectfully submitted,

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

/s/ *Elizabeth V. Thomas*_____
A. James Anderson (admitted *pro hac vice*)
Georgia Bar No. 016300
Anna C. Halsey (admitted *pro hac vice*)
Georgia Bar No. 208034
Elizabeth V. Thomas (admitted *pro hac vice*)
Georgia Bar No. 624263
Ailis L. Burpee (admitted *pro hac vice*)
Georgia Bar No. 623492
Jennifer A. Adler (admitted *pro hac vice*)
Georgia Bar No. 585635
Tara G. Sharp (admitted *pro hac vice*)
Georgia Bar No. 623320

One Atlantic Center
1201 West Peachtree Street, Suite 2200
Atlanta, Georgia  30309
Telephone:  (404) 760-4300
Facsimile:  (404) 233-1267
Email:  ajanderson@rkmc.com
Email:  achalsey@rkmc.com
Email:  evthomas@rkmc.com
Email:  alburpee@rkmc.com
Email:  jaadler@rkmc.com
Email:  tgsharp@rkmc.com

Marla R. Butler (admitted *pro hac vice*)
Georgia Bar No. 099917
Bryan J. Vogel (admitted *pro hac vice*)
New York Bar No. 3933736

601 Lexington Avenue, 34th Floor
New York, NY  10022
Telephone:  (212) 980-7400
Facsimile: (212) 980-7499
Email:  mrbutler@rkmc.com
Email:  bjvogel@rkmc.com

Trevor J. Foster (admitted *pro hac vice*)
State Bar No. 0345568

800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN  55402-2015
Telephone:  (612) 349-8500
Facsimile:  (612) 339-4181
Email: tjfoster@rkmc.com

Eric M. Albritton
Texas State Bar No. 00790215
Stephen E. Edwards
Texas Bar No. 00784008
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas  75606
Telephone:  (903) 757-8449
Facsimile:  (903) 758-7397
Email: ema@emafirm.com
Email: see@emafirm.com

T. John Ward, Jr.
Texas State Bar No. 00794818
WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, Texas  75606
Telephone:  (903) 757-6400
Facsimile:  (903) 757-2323
Email:  jw@jwfirm.com

***ATTORNEYS FOR PLAINTIFF CONVOLVE, INC.***

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served on counsel of record by email on this the 19th day of July 2011.

/s/ *Elizabeth V. Thomas*
Elizabeth V. Thomas