# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# MARSHALL DIVISION

| | | |
|---|---|---|
| **CONVOLVE, INC.** | § | |
| | § | |
| *Plaintiff*, | § | **CIVIL ACTION NO. 2:08-CV-244-CE** |
| | § | |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| **DELL INC.**, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Plaintiff Convolve, Inc.'s Unopposed Motion for Leave to Exceed the page limit on its Omnibus Motion *in Limine* shall be, and is hereby GRANTED.

SIGNED this 20th day of July, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE