IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CONVOLVE, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:08-cv-244 |
| | § | |
| DELL INC., WESTERN DIGITAL CORPORATION, HITACHI GLOBAL STORAGE TECHNOLOGIES, INC., and HITACHI LTD., | § § § § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING DEFENDANT DELL INC.'S
UNOPPOSED MOTION TO WITHDRAW COUNSEL**

The Court, having considered Dell Inc.'s ("Dell's") Unopposed Motion to Withdraw Counsel of Record is of the opinion that Dell's Motion should be **GRANTED.**

It is thereby **ORDERED** that Amanda Woodall be withdrawn as counsel of Record and removed from the electronic service list for this case.

SIGNED this 21st day of July, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE