# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CONVOLVE, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:08-cv-244 |
| | § | |
| DELL INC., | § | |
| WESTERN DIGITAL CORPORATION, | § | |
| HITACHI GLOBAL STORAGE | § | JURY TRIAL DEMANDED |
| TECHNOLOGIES, INC., and | § | |
| HITACHI LTD., | § | |
| | § | |
| Defendants. | § | |

## PROPOSED INSTRUCTION AND SPECIAL INTERROGATORY
## ON EFFECTIVE FILING DATE

Dell respectfully requests that the Court provide the jury with the following instruction and special interrogatory regarding the effective filing date of the '473 patent.

**ADDITIONAL INSTRUCTION:**

Dell proposes adding the following sentence to the end of the Court's Instruction No. 15:

"You should indicate on the verdict form in response to Question __ whether the November 20, 1998 provisional application satisfies the written description requirement."

**VERDICT QUESTION:**

Do you find that the November 20, 1998 provisional application describes the full scope of the claimed invention as it is finally claimed in the issued patent and that the inventors actually possessed that full scope by the filing date of the original application?

Yes _____    No _____

If you answer "yes," the effective filing date is November 20, 1998.  If you answer "no," the effective filing date is March 4, 1999.

Date: July 26, 2011                                          Respectfully submitted,

/s/ *Roger Fulghum*
Deron R. Dacus
Lead Attorney
Texas State Bar No. 00790553
Ramey & Flock, P.C.
100 East Ferguson, Suite 500
Tyler, Texas 75702
Telephone:  (903) 597-3301
Facsimile:  (903) 597-2413
E-mail:  ddacus@rameyflock.com

Roger Fulghum
Texas State Bar No. 00790724
Tammy Pennington Rhodes
Texas State Bar No. 24051182
Bradley Bowling
Texas State Bar No. 24040555
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana
Houston, Texas 77002-4995
Telephone:  (713) 229-1234
Facsimile:   (713) 229-1522
E-mail: roger.fulghum@bakerbotts.com
E-mail: tammy.pennington@bakerbotts.com
E-mail: brad.bowling@bakerbotts.com

Michael C. Smith
Texas State Bar No. 18650410
Siebman, Burg, Phillips & Smith, LLP
P.O. Box 1556
Marshall, Texas 75671
Telephone:  (903) 938-8900
Facsimile:  (972) 767-4620
E-mail:  michaelsmith@siebman.com

Kimball R. Anderson
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, Illinois 60601
Telephone:  (312) 558-5858
Facsimile:  (312) 558-5600
E-mail:  kanderson@winston.com

Marcus T. Hall
Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, California  90071-1543
Telephone: (213) 615-1733
Facsimile:  (415) 591-1400
E-mail:  mthall@winston.com

*ATTORNEYS FOR DELL INC.*

2

3

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on all counsel of record by electronic service as authorized by Local Rule CV-5(a)(3)(C) on July 26, 2011.

Dated: July 26, 2011