UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CONVOLVE, INC. | § | |
| | § | |
| vs. | § | CASE NO. 2:08-CV-244-CE |
| | § | |
| DELL, INC., ET AL | § | |

## VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the Court's charge.

1. Did Convolve prove by a preponderance of the evidence that the Defendants directly infringed any of the claims of the '473 Patent identified below?

**Answer "Yes" or "No" for each claim and each Defendant.**

| Claim 7  | _yes_ Dell | _yes_ Western Digital | _yes_ Hitachi |
| Claim 8  | _yes_ Dell | _yes_ Western Digital | _yes_ Hitachi |
| Claim 9  | _yes_ Dell | _yes_ Western Digital | _yes_ Hitachi |
| Claim 10 | _yes_ Dell | _yes_ Western Digital | _yes_ Hitachi |
| Claim 14 | _yes_ Dell | _yes_ Western Digital | _yes_ Hitachi |
| Claim 15 | _yes_ Dell | _yes_ Western Digital | _yes_ Hitachi |

1

2. Did Convolve prove by a preponderance of the evidence that the Defendants induced the infringement of any of the claims of the '473 Patent identified below?

**Answer "Yes" or "No" for each claim and each Defendant.**

| Claim | Dell | Western Digital | Hitachi |
|---|---|---|---|
| Claim 7 | Yes | Yes | Yes |
| Claim 8 | Yes | Yes | Yes |
| Claim 9 | Yes | Yes | Yes |
| Claim 10 | Yes | Yes | Yes |
| Claim 14 | Yes | Yes | Yes |
| Claim 15 | Yes | Yes | Yes |

3.  Did Convolve prove by a preponderance of the evidence that the Defendants contributed to the infringement of any of the claims of the '473 Patent identified below?

**Answer "Yes" or "No" for each claim and each Defendant.**

| Claim | Dell | Western Digital | Hitachi |
|---|---|---|---|
| Claim 7 | Yes | Yes | Yes |
| Claim 8 | Yes | Yes | Yes |
| Claim 9 | Yes | Yes | Yes |
| Claim 10 | Yes | Yes | Yes |
| Claim 14 | Yes | Yes | Yes |
| Claim 15 | Yes | Yes | Yes |

3

4. If You found that a Defendant infringed one or more claims of the '473 Patent, did Convolve prove by clear and convincing evidence that the Defendant willfully infringed the '473 Patent?

**Answer "Yes" or "No" for each Defendant.**

    _Yes_ Dell      _Yes_ Western Digital      _Yes_ Hitachi

4

5. For each asserted claim of the '473 Patent, did Defendants prove by clear and convincing evidence that such claim is invalid?

**Check the first column indicated as "valid" or check the second column indicated as "invalid."**

|  | VALID | INVALID |
|---|---|---|
| Claim 7 | yes | |
| Claim 8 | yes | |
| Claim 9 | yes | |
| Claim 10 | yes | |
| Claim 14 | yes | |
| Claim 15 | yes | |

5

*If you have answered YES to any claim included in questions number 1, 2, or 3 with respect to any Defendant, and further if you have determined that such claim is valid, then answer questions number 6(a) – (c) as to any Defendant you have found to infringe.*

6a.   What sum of money, if paid now in cash, do you find from a preponderance of the evidence would fairly and reasonably compensate Convolve for the Defendants' past infringement?

Only award damages for those claims You find infringed and valid. Do not assess any interest, as the Court will determine interest if it deems necessary. Answer separately for each Defendant.

Dell: $ __1.5 mil__

Western Digital: $ __2.5 mil__

Hitachi: $ __1.4 mil__

6b.   State whether you applied a running royalty or a lump sum royalty.

**Answer "running royalty" or "lump sum."**

__lump sum__

6c.   If you applied a running royalty, state the royalty rate you have found with respect to each Defendant.

Dell: _____

Western Digital: _____

Hitachi: _____

Signed this 26 day of July, 2011.

6