**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| CONVOLVE, INC. § | |
| § | |
| V. § | Civil Action No. 2:08-CV-244 (CE) |
| § | |
| DELL INC., § | |
| WESTERN DIGITAL CORPORATION, § | |
| HITACHI GLOBAL STORAGE § | |
| TECHNOLOGIES, INC. and HITACHI LTD. § | |

**July 18, 2011
Jury Trial Day One**

**OPEN: 8:29 a.m.**                                                                             **ADJOURN: 5:11 p.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | James Anderson |
| | Eric Albritton |
| | Marla Butler |
| | Stephen Edwards |
| | Tara Sharp |
| | Elizabeth Thomas |
| | Bryan Vogel |
| | |
| ATTORNEYS FOR DEFENDANTS: | Deron Dacus |
| | Eric Findlay |
| | Roger Fulghum |
| | Jeff Homrig |
| | Gene Schaerr |
| | Melissa Smith |
| | Kimball Anderson |
| | Doug Lumish |
| | Michael Smith |
| | Bruce Wessel |
| | David Schwarz |
| | Garland Kelley |
| | Joseph Lee |
| | Richard Birnholz |
| | Tom Werner |
| | Anna Halsey |
| | Chris Ponder |
| | |
| LAW CLERK: | Katrina Maher |
| | |
| COURT REPORTER: | Shelly Holmes, CSR |
| | |
| COURTROOM DEPUTY: | Jan Lockhart |

1

8:29 a.m.  Court opened.  Hearing outside the presence of the jury.  The Court gave the parties' rulings on various motions.

8:33 a.m.  Court adjourned.

8:40 a.m.  Court opened.  The Court gave the jury preliminary instructions.

8:56 a.m.  Rule to be invoked.  All witnesses in courtroom sworn.

8:58 a.m.  Mr. Anderson conducted opening statement on behalf of Plaintiff.

9:40 a.m.  Mr. Lumish conducted opening statement on behalf of Hitachi.

10:06 a.m.  Mr. Wessel conducted opening statement on behalf of Western Digital.

10:23 a.m.  Mr. Dacus conducted opening statement on behalf of Dell .

10:40 a.m.  Break until 11:00 a.m..

11:04 a.m.  Court reconvened.  Ms. Butler called Val Di Euliis to testify.  Dr. Di Euliis was sworn and examined under oath.

11:50 a.m. Bench conference held.

11:51 a.m.  Ms. Butler continued her direct examination of Dr. Di Euliis.

12:05 p.m.  Lunch recess.

1:39 p.m.  Court reconvened.  Jury returned to courtroom.

1:40 p.m.  Bench conference held.

1:44 p.m.  Ms. Butler continued her examination of Dr. Di Euliis

3:20 p.m.  Afternoon break.

3:41 p.m.  Court reconvened.  Ms. Butler continued her examination of Dr. Di Euliis.

4:25 p.m.  Mr. Birnholz conducted cross examination of Dr. Di Euliis.

5:11 p.m.  Court adjourned.