**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| CONVOLVE, INC. § | |
| § | |
| V. § | Civil Action No. 2:08-CV-244 (CE) |
| § | |
| DELL INC., § | |
| WESTERN DIGITAL CORPORATION, § | |
| HITACHI GLOBAL STORAGE § | |
| TECHNOLOGIES, INC. and HITACHI LTD. § | |

**July 19, 2011
Jury Trial Day Two**

**OPEN: 8:35 a.m.**                                                                                                                 **ADJOURN: 4.53 p.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | James Anderson |
| | Eric Albritton |
| | Marla Butler |
| | Stephen Edwards |
| | Tara Sharp |
| | Elizabeth Thomas |
| | Bryan Vogel |
| | |
| ATTORNEYS FOR DEFENDANTS: | Deron Dacus |
| | Eric Findlay |
| | Roger Fulghum |
| | Jeff Homrig |
| | Gene Schaerr |
| | Melissa Smith |
| | Kimball Anderson |
| | Doug Lumish |
| | Michael Smith |
| | Bruce Wessel |
| | David Schwarz |
| | Garland Kelley |
| | Joseph Lee |
| | Richard Birnholz |
| | Tom Werner |
| | Anna Halsey |
| | Chris Ponder |
| | |
| LAW CLERK: | Katrina Maher |
| | |
| COURT REPORTER: | Shelly Holmes, CSR |
| | |
| COURTROOM DEPUTY: | Jan Lockhart |

1

8:34 Court opened.

8:35 a.m.  Mr. Birnholz continued his examination of Dr. Di Euliis.

8:41 a.m.  Mr. Fulghum conducted further examination of Dr. Di Euliis.

9:11 a.m.  Bench conference.

9:14 a.m.  Ms. Butler objected to question.  Bench conference held.

9:16 a.m.  Mr. Fulghum continued his examination of Dr. Di Euliis.

9:19 a.m.  Mr. Lumish conducted further cross examination of Dr. Di Euliis.

9:40 a.m.  Ms. Butler conducted re-direct examination of Dr. Di Euliis.

10:10 a.m.  Court adjourned.

10:32 a.m.  Court reconvened.  Ms. Butler continued re-direct examination of Dr. Di Euliis.

10:41 a.m.  Mr. Birnholz conducted re-cross examination of Dr. Di Euliis.

10:51 a.m.  Mr. Fulgham conducted further re-cross examination of Dr. Di Euliis.

10:54 a.m.  The parties passed the witness. Mr. Anderson called Dr. Neil Singer to testify.  Dr. Singer was previously sworn and was examined under oath.

11:44 a.m.  Bench conference.

11:46 a.m.  Mr. Anderson continued his examination of Dr. Singer.

12:00 p.m.  Lunch recess until 1:15 p.m.

1:17 p.m.  Hearing outside the presence of the jury.

1:19 p.m. Jury returned to courtroom.  Mr. Anderson continued his direct examination of Dr. Singer.

1:53 p.m.  Bench conference.

1:54 p.m.  Parties passed the witness.

1:55 p.m.  Mr. Lumish conducted cross examination of Dr. Singer.

2:59 p.m.  Jury excused.  Hearing outside the presence of the jury.  Mr. Lumish argued on behalf of

Hitachi – Mr. Anderson argued on behalf of Plaintiff.  Court ruled.

3:02 p.m.  Court adjourned until 3:25 p.m.

3:28 p.m.  Jury returned to courtroom.  Mr. Lumish continued his cross examination of Dr. Singer.

3:43 p.m.  Mr. Dacus conducted further cross examination of Dr. Singer.

4:16 p.m.  Court instruction to jury. Mr. Dacus continued his examination of Dr. Singer.

4:37 p.m.  Ms. Smith conducted cross examination of Dr. Singer.

4:51 p.m.  Jury excused for day until 8:30 a.m.  Court will give parties ruling on spoliation.

4:53 p.m.  Court adjourned.