**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| CONVOLVE, INC. | § | |
| | § | |
| V. | § | Civil Action No. 2:08-CV-244 (CE) |
| | § | |
| DELL INC., | § | |
| WESTERN DIGITAL CORPORATION, | § | |
| HITACHI GLOBAL STORAGE | § | |
| TECHNOLOGIES, INC. and HITACHI LTD. | § | |

**July 20, 2011
Jury Trial Day Three**

**OPEN: 8:29 a.m.**                                                            **ADJOURN: 5:14 p.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | James Anderson |
| | Eric Albritton |
| | Marla Butler |
| | Stephen Edwards |
| | Tara Sharp |
| | Elizabeth Thomas |
| | Bryan Vogel |
| | |
| ATTORNEYS FOR DEFENDANTS: | Deron Dacus |
| | Eric Findlay |
| | Roger Fulghum |
| | Jeff Homrig |
| | Gene Schaerr |
| | Melissa Smith |
| | Kimball Anderson |
| | Doug Lumish |
| | Michael Smith |
| | Bruce Wessel |
| | David Schwarz |
| | Garland Kelley |
| | Joseph Lee |
| | Richard Birnholz |
| | Tom Werner |
| | Anna Halsey |
| | Chris Ponder |
| | |
| LAW CLERK: | Katrina Maher |
| | |
| COURT REPORTER: | Shelly Holmes, CSR |
| | |
| COURTROOM DEPUTY: | Jan Lockhart |

8:29 a Court opened. Hearing outside the presence of the jury regarding various issues. Mr. Anderson argued on behalf of

8:52 a.m. Mr. Anderson conducted re-direct examination of Dr. Singer.

9:05 a.m. Bench conference.

9:06 a.m. Mr. Anderson continued his re-direct examination of Dr. Singer.

9:35 a.m. Mr. Lumish conducted re-cross examination of Dr. Singer.

9:45 a.m. Bench conference held.

9:46 a.m. Mr. Lumish continued his re-cross examination of Dr. Singer.

9:50 a.m. Mr. Dacus conducted re-cross examination of Dr. Singer.

9:58 a.m. Ms. Smith conducted re-cross examination of Dr. Singer.

10:00 a.m. Mr. Anderson conducted re-direct examination of Dr. Singer.

10:05 a.m. Mr. Dacus conducted re-cross examination.

10:06 a.m. Mr. Anderson conducted re-direct examination.

10:07 a.m. Morning recess until 10:25.

10:30 a.m. Court reconvened. Mr. Albritton called Dr. Satoshi Yamamoto to testify by video deposition.

10:45 a.m. Mr. Albritton called Hitachi witness Yuji Yokoe to testify by video deposition.

11:00 a.m. Mr. Albritton called Hitachi witness Steven Luethje to testify by video deposition.

11:02 a.m. Mr. Albritton called Hitachi witness Daniel Colegrove to testify by video deposition.

11:07 a.m. Mr. Anderson called Brendan Collins to testify as an adverse witness. Mr. Collins was previously sworn.

11:34 a.m. Mr. Findlay conducted cross examination of Mr. Collins.

11:59 a.m. Lunch recess until 1:15 p.m. Jury excused.

12:00 p.m. Court ruled on various motions.

12:01 p.m. Court adjourned.

1:14 p.m. Hearing outside the presence of the jury regarding in camera documents. Mr. Lumish spoke on behalf of Hitachi. Mr. Wessel spoke on behalf of Western Digital.

1:17 p.m. Jury returned to courtroom. Mr. Findlay continued his examination of Mr. Collins.

1:43 p.m. Mr. Anderson conducted re-direct examination of Mr. Collins.

1:52 p.m. The parties passed the witness. Mr. Albritton presented Orhan Beker, a Western Digital representative, by video deposition.

2:08 p.m. Mr. Wessel indicated that a portion of the Defendant's deposition clip of Mr. Beker may have been excluded. The Court responded.

2:09 p.m. Next, Mr. Albritton presented Brian Decker, a Dell Computer witness, by video deposition.

2:37 p.m. Mr. Albritton presented Ronald Gurr by video deposition.

2:45 p.m. Mr. Albritton presented Thomas Colligan by video deposition.

2:50 p.m. Mr. Anderson called Dell's corporate witness to testify. Mr. Fulghum indicated that the4 corporate witness was Brett McAnally. Mr. McAnally was previously sworn and examined under oath.

3:11 p.m. Court excused jury. The Court gave various rulings concerning spoliation, depositions, etc.

3:12 p.m. Afternoon recess.

3:37 p.m. Court reconvened. Mr. Kimball Anderson conducted cross examination of Mr. McAnally.

4:11 p.m. Re-direct examination by Mr. James Anderson.

4:20 p.m. The parties passed the witness.

4:21 p.m. Mr. Albritton called Kent Van Liere to testify. Dr. Van Liere was previously sworn and was examined under oath.

5:00 p.m. Mr. Kimball Anderson conducted cross of Dr. Van Liere.

5:14 p.m. Jury excused. Jury Note received. Court adjourned.