**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| CONVOLVE, INC. | § | |
| | § | |
| V. | § | Civil Action No. 2:08-CV-244 (CE) |
| | § | |
| DELL INC., | § | |
| WESTERN DIGITAL CORPORATION, | § | |
| HITACHI GLOBAL STORAGE | § | |
| TECHNOLOGIES, INC. and HITACHI LTD. | § | |

**July 22, 2011
Jury Trial Day Five**

**OPEN: 8:06 a.m.**                                                                 **ADJOURN: 4:00 p.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | James Anderson |
| | Eric Albritton |
| | Marla Butler |
| | Stephen Edwards |
| | Tara Sharp |
| | Elizabeth Thomas |
| | Bryan Vogel |
| | |
| ATTORNEYS FOR DEFENDANTS: | Deron Dacus |
| | Eric Findlay |
| | Roger Fulghum |
| | Jeff Homrig |
| | Gene Schaerr |
| | Melissa Smith |
| | Kimball Anderson |
| | Doug Lumish |
| | Michael Smith |
| | Bruce Wessel |
| | David Schwarz |
| | Garland Kelley |
| | Joseph Lee |
| | Richard Birnholz |
| | Tom Werner |
| | Anna Halsey |
| | Chris Ponder |
| | |
| LAW CLERK: | Katrina Maher |
| | |
| COURT REPORTER: | Shelly Holmes, CSR |
| | |
| COURTROOM DEPUTY: | Jan Lockhart |

8:06 a.m. Court opened. Hearing outside the presence of the jury regarding Defendants' Judgments as a Matter of Law. Mr. Lumish argued on behalf of Hitachi. Mr. Anderson argued on behalf of Plaintiff.

8:13 a.m. Mr. Fulghum presented Judgment as a Matter of Law as to Dell. Mr. Anderson argued on behalf of Plaintiff. The Court granted the motion.

Next, Mr. Fulghum argued Judgment as a Matter of Law as to no contributory infringement. The Court denied the motion.

8:17 a.m. Mr. Fulghum argued Judgment as a Matter of Law as to no inducement of infringement. The Court overruled the motion.

Mr. Fulghum requested clarification on the issue re shaped input signal.

8:26 a.m. Court made further rulings and carried ruling. Court adjourned.

8:37 a.m. Mr. Kimball Anderson called Dr. Michael Mitoma. Dr. Mitoma was sworn and examined under oath.

8:57 a.m. Bench conference.

8:59 a.m. Court excused jury. Short recess.

9:06 a.m. Court reconvened. Hearing outside the presence of the jury.

9:16 a.m. Mr. Vogel conducted cross examination of Dr. Mitoma.

9:17 a.m. The parties passed the witness. Mr. Lumish called Daniel Colegrove to testify. Mr. Colegrove was sworn and examined under oath.

9:54 a.m. Mr Anderson conducted cross examination of Mr. Colegrove.

10:04 a.m. Parties passed the witness. Jury excused for morning break.

10:27 a.m. Court reconvened. Hearing outside the presence of the jury regarding witnesses to be presented by Mr. Findlay.

10:28 a.m. Mr. Findlay called Katsuhiro Tsuneta. Mr. Tsuneta's testimony to be translated by an interpreter. Mr. Tsuneta and the interpreter were sworn.

10:43 a.m Bench conference.

10:44 a.m.  Mr. Findlay continued his direct examination of Mr. Tsuneta.

10:46 a.m.  The parties passed the witness. Mr. Tsuneta was excused.

10:47 a.m.  Mr. Findlay called Satoshi Yamamoto to testify.  Mr. Yamamoto was sworn and examined under oath.

11:04 a.m.  Butler Cross examination of Mr. Yamamoto.

11:06 a.m.  The parties passed the witness.

11:07 a.m  Mr. Wessel called Brad Masters to testify.  Mr. Masters was sworn and examined under oath.
11:37 a.m.  Mr. Vogel conducted cross examination of Mr. Masters.

11:38 a.m.  The parties passed the witness.  Defendant presented video depositions of Serge Mirabeau, Ava Ostrowski, Kenneth Pasch and Mark Tanquary.

12:00 p.m.  Lunch recess.

1:05 p.m.  Court opened; bench conference held re Mr. Collins (corporate representative of Hitachi) excused.

1:06 p.m Mr. Homrig called Lee McKenzie to testify.  Mr. McKenzie was sworn and examined under oath.

1:51 p.m.  Ms. Butler conducted cross examination of Mr. McKenzie.

2:09 p.m.  Mr. Homrig conducted re-direct examination of Mr. McKenzie.

2:13 p.m. The parties passed the witness.  Mr. Homrig called Mr Randall Hampshire to testify.  Mr. Hampshire was sworn and examined under oath.

2:24 p.m.  Ms. Butler conducted cross examination of Mr. Hampshire.

2:26 p.m.  Mr. Homrig conducted re-direct examination of Mr. Hampshire.

2:27 p.m.  The parties passed the witness.  Mr. Kelly called John Levy to testify.  Mr. Levy was previously sworn and examined under oath.

2:44 p.m.  Parties excused the witness.  Afternoon recess.

3:00 p.m.  Hearing outside the presence of the jury re Dr. Buckman.  Ms. Butler argued on behalf of Plaintiff.  Mr. Fulghum argued on behalf of the Defendant.  Court ruled.

3:03 p.m.  Jury returned to courtroom.

3:04 p.m. Mr. Fulghum presented Stuart Landow by video deposition.

3:25 p.m.  Mr. Fulghum called Dr. Bruce Buckman to testify.  Dr. Buckman was previously sworn and was examined under oath.

3:57 p.m . Jury excused

4:00 p.m.  Court adjourned.