## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| CONVOLVE, INC. | § | |
| | § | |
| V. | § | Civil Action No. 2:08-CV-244 (CE) |
| | § | |
| DELL INC., | § | |
| WESTERN DIGITAL CORPORATION, | § | |
| HITACHI GLOBAL STORAGE | § | |
| TECHNOLOGIES, INC. and HITACHI LTD. | § | |

---

**July 25, 2011**
**Jury Trial Day Six**

**OPEN: 8:40 a.m.**                                               **ADJOURN: 5:22 p.m.**

ATTORNEYS FOR PLAINTIFF:            James Anderson
                                    Eric Albritton
                                    Marla Butler
                                    Stephen Edwards
                                    Tara Sharp
                                    Elizabeth Thomas
                                    Bryan Vogel


ATTORNEYS FOR DEFENDANTS:           Deron Dacus
                                    Eric Findlay
                                    Roger Fulghum
                                    Jeff Homrig
                                    Gene Schaerr
                                    Melissa Smith
                                    Kimball Anderson
                                    Doug Lumish
                                    Michael Smith
                                    Bruce Wessel
                                    David Schwarz
                                    Garland Kelley
                                    Joseph Lee
                                    Richard Birnholz
                                    Tom Werner
                                    Anna Halsey
                                    Chris Ponder


LAW CLERK:                          Katrina Maher

COURT REPORTER:                     Shelly Holmes, CSR

COURTROOM DEPUTY:                   Jan Lockhart

1

8:40 a.m. Court opened.

8:41 a.m.  Mr. Fulghum continued his examination of Dr. Bruce Buckman.

9:23 a.m.  Ms. Butler conducted cross examination of Dr. Buckman.

9:59 a.m.  Mr. Birnholz called Ian Justice to testify.  Mr. Justice was previously sworn and was examined under oath.

10:20 a.m.  Morning recess.

10:42 a.m.  Court reconvened.  Mr. Birnholz continued his examination of Mr. Justice.

11:04 a.m.  Mr. Vogel conducted cross examination of Mr. Justice.

11:06 a.m.  The parties passed the witness.  Mr. Homrig called Dr. Michael Sidman to testify.  Dr. Sidman was previously sworn and was examined under oath.

11:57 p.m.  Lunch recess.

12:05 p.m until 1:20 p.m.  Informal charge conference.

1:49 p.m. Court reconvened.

1:59 p.m.  Bench conference.

2:01 p.m.  Mr. Homrig continued his examination of Dr. Sigman.

2:04 p.m.  Ms. Butler conducted cross examination of Dr. Sigman.

2:26 p.m.  The parties passed the witness.  Mr. Dacus called Chris Bakewell to testify.  Mr. Bakewell was previously sworn and was examined under oath.

2:59 p.m.  Mr. Dacus passed the witness.

3:00 p.m.  Mr. Anderson conducted cross examination of Mr. Bakewell.

3:14 p.m.  Afternoon recess.  Jury excused.

3:15 p.m.  Hearing outside the presence of the jury .

3:16 p.m. Court adjourned.

3:46 p.m.  Bench conference.

2

3:37 p.m.   Mr. Anderson continued cross examination of Mr. Bakewell.

3:55 p.m.   Mr. Dacus conducted re-direct examination of Mr. Bakewell.

3:57 p.m.   The parties passed the witness.

3:58 p.m.   Ms. Smith called Daniel Slottje to testify.  Mr. Slottje was sworn and examined under oath.

4:08 p.m.   Mr. Anderson conducted cross examination of Mr. Slottje.

4:14 p.m.   Ms. Smith conducted re-direct examination of Mr. Slottje.

4:15 p.m.   Mr. Anderson conducted re-cross examination of Mr. Slottje.   The parties passed the witness.

4:16 p.m.   Mr. Findlay called Keith Ugone to testify.   Mr. Ugone was sworn and examined under oath.

4:33 p.m.   Mr. Anderson conducted cross examination of Mr. Ugone.

4:36 p.m.   Mr. Findlay conducted re-direct examination of Mr. Ugone.

4:38 p.m.   The parties passed the witness.   Bench conference held.

4:42 p.m.   Mr. Birnholz offered JTX 1813 into evidence.  There were no objections.  The exhibit was admitted.

4:43 p.m.   Defendants rested.

4:44 p.m.   Plaintiff's rebuttal case.  Mr. James Anderson presented the video deposition of Darrin Bulik.

4:45 p.m.   Ms. Butler called Val Di Euliis to testify.   Mr. Di Euliis was previously sworn.

5:04 p.m.   Mr. Lumish conducted cross examination of Dr. Di Euliis

5:16 p.m.   Ms. Butler conducted re-direct examination of Dr. Di Euliis.

5:18 p.m.   Parties passed the witness.

5:19 p.m.   Court excused the jury.  Hearing outside the presence of the jury.  Charge conference to be held at 8:00 a.m..

5:22 p.m.   Court adjourned.