IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| **CONVOLVE, INC.** | § | |
| | § | |
| *Plaintiff*, | § | CIVIL ACTION NO. 2:08-CV-244-CE |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| **DELL INC.**, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

This Court, having considered the Parties' Joint Motion to Extend Deadlines, hereby AMENDS the pending deadlines as follows:

| Action | Current Deadline | New Deadline |
|---|---|---|
| Answer to Defendants' Counterclaims | Monday, July 25, 2011 | Friday, August 5, 2011 |
| Convolve's Response to Defendants' Trial Brief On Laches | Tuesday, August 2, 2011 | Friday, August 5, 2011 |
| Defendants' Reply In Support Of Its Trial Brief On Laches | Tuesday, August 9, 2011 | Friday, August 12, 2011 |

It is so ordered.

SIGNED this 2nd day of August, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE

1