# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# MARSHALL DIVISION

| | | |
|---|---|---|
| **CONVOLVE, INC.,** | § | |
| | § | |
| *Plaintiff*, | § | **CIVIL ACTION NO. 2:08-CV-244-CE** |
| | § | |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| **DELL INC.,** *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

This Court, having considered the Parties' Joint Motion Regarding A Proposed Post-Trial Briefing Schedule, hereby GRANTS the Parties' Motion as follows:

| Action | Proposed Deadline |
|---|---|
| Deadline for filing all post-trial motions | Friday, August 19, 2011 |
| Deadline for filing responsive briefs in opposition to post-trial motions | Thursday, September 1, 2011 |
| Deadline for filing reply briefs in support of post-trial motions | Thursday, September 8, 2011 |
| Deadline for filing sur-reply briefs in opposition to post-trial motions, if necessary | Wednesday, September 14, 2011 |

The parties agree that any motions for judgment as a matter of law filed before final judgment in accordance with this Order will be deemed to have been timely filed no later than 28 days after entry of judgment pursuant to Federal Rule of Civil Procedure 50(b).

IT IS SO ORDERED.

30460076.1

SIGNED this 16th day of August, 2011.

                                                CHARLES EVERINGHAM IV
                                                UNITED STATES MAGISTRATE JUDGE