# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CONVOLVE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Case No. 2:08-cv-244 |
| v. | § | |
| | § | |
| DELL INC., WESTERN DIGITAL | § | |
| CORPORATION, HITACHI GLOBAL | § | JURY TRIAL DEMANDED |
| STORAGE TECHNOLOGIES, INC., and | § | |
| HITACHI, LTD., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER

Defendants Hitachi Global Storage Technologies, Inc. and Hitachi, Ltd. Unopposed Motion for Leave to Exceed the Page Limit on its Opposition to Plaintiff Convolve, Inc.'s Motion for Entry of Judgment on the Jury Verdict and Enhanced Damages, Attorneys' Fees, and Prejudgment Interest is hereby GRANTED.

SIGNED this 2nd day of September, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE