# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# MARSHALL DIVISION

| | | |
|---|---|---|
| CONVOLVE, INC., | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:08-CV-244-CE |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| DELL INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff Convolve, Inc.'s Unopposed Motion for Leave to Exceed the page limit on its Reply And Memorandum Of Law In Support Of Its Motion Costs Under 28 U.S.C. § 1920 shall be, and is hereby GRANTED.

SIGNED this 12th day of September, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE