# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

## MARSHALL DIVISION

| | | |
|---|---|---|
| **CONVOLVE, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO. 2:08-CV-244-CE** |
| | § | |
| **v.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **DELL INC.,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

## <u>ORDER</u>

Plaintiff Convolve, Inc.'s Unopposed Motion for Leave to Exceed the page limit on its Reply In Support Of Its Motion for Entry of Judgment on the Jury Verdict and Enhanced Damages, Attorneys' Fees, and Prejudgment Interest As To Defendants Hitachi Global Storage Technologies, Inc. And Hitachi, Ltd. shall be, and is hereby

GRANTED.

SIGNED this 12th day of September, 2011.


_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE