# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **CONVOLVE, INC.,** | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:08-CV-244-CE |
| | § | |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| **DELL INC.,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff Convolve, Inc.'s Unopposed Motion for Leave to Exceed the page limit on its Reply And Memorandum Of Law In Support Of Its Motion for Entry of Judgment on the Jury Verdict And Prejudgment Interest shall be, and is hereby

GRANTED.

SIGNED this 12th day of September, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE