**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| CONVOLVE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Case No. 2:08-cv-244 |
| v. | § | |
| | § | |
| DELL INC., WESTERN DIGITAL | § | |
| CORPORATION, HITACHI GLOBAL | § | JURY TRIAL DEMANDED |
| STORAGE TECHNOLOGIES, INC., and | § | |
| HITACHI, LTD., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER

Defendants Hitachi Global Storage Technologies, Inc. and Hitachi, Ltd. Unopposed Motion for Leave to Exceed the Page Limit on Their Reply in Support of Their Motion for Judgment as a Matter of Law is hereby GRANTED.

SIGNED this 12th day of September, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE