# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

Misc. Order No. 11-1

Transfer of Judge T. John Ward's and Judge Chad Everingham's Pending Caseloads

## O R D E R

All pending civil and criminal cases assigned to the Hon. T. John Ward and the Hon. Chad Everingham are hereby transferred to me effective Monday, October 3, 2011.

Signed this __3__ day of October, 2011.

_____
DAVID FOLSOM
Chief Judge