IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CONVOLVE, INC., § § Plaintiff, § § v. § § DELL INC., WESTERN DIGITAL § CORPORATION, HITACHI GLOBAL § STORAGE TECHNOLOGIES, INC., and § HITACHI LTD., § § Defendants. § § | Case No. 2:08-cv-244 CE |

## ORDER

Came on to be considered the Unopposed Motion to Withdraw Attorney J. Jason Lang, and the Court being of the opinion that the same should be GRANTED, it is therefore.

ORDERED, ADJUDGED and DECREED that the Motion to Withdraw be granted and that Attorney J. Jason Lang be withdrawn as counsel for Hitachi Global Storage Technologies, Inc. and Hitachi Ltd.

**SIGNED this 16th day of November, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE