**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| CONVOLVE, INC., | § § § | |
| Plaintiff, | § § | Case No. 2:08-cv-00244-DF |
| v. | § § | |
| DELL INC., WESTERN DIGITAL CORPORATION, HITACHI GLOBAL STORAGE TECHNOLOGIES, INC., and HITACHI LTD., | § § § § § | |
| Defendants. | § § | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the contact information of Douglas E. Lumish, Jeffrey G. Homrig, Joseph B. Shear and Joseph H. Lee, counsel for Defendants Hitachi Global Storage Technologies, Inc. and Hitachi Ltd., has been changed to:

**Kasowitz, Benson, Torres & Friedman LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
650.453.5170
650.453.5171 (FAX)**

Dated:  November 30, 2011	Respectfully submitted,

    /s/ *Douglas E. Lumish*
Douglas E. Lumish (Lead Attorney)
California State Bar No. 183863
Jeffrey G. Homrig
California State Bar No. 215890
Joseph H. Lee
California State Bar No. 248046
Joseph B. Shear
California State Bar No. 262222
Kasowitz, Benson, Torres & Friedman LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
650.453.5170
650.453.5171 (FAX)
Email: dlumish@kasowitz.com
Email: jhomrig@ kasowitz.com
Email: jlee@kasowitz.com
Email: jshear@kasowitz.com

Attorney for Defendants
HITACHI GLOBAL STORAGE TECHNOLOGIES, INC. and HITACHI LTD.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically on November 30, 2011 pursuant to Local Rule CV-5(a) and has been served on all counsel who are deemed to have consented to electronic service.

    /s/ *Douglas E. Lumish*
    Douglas E. Lumish