IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CONVOLVE INC. | } |
| | } |
| VS. | }   NO. 2:08-CV-244-RSP |
| | } |
| DELL INC. ET AL | } |

NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the contact information for Deron R. Dacus, counsel for Defendant Dell Inc., has been changed to:

The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX  75701
903/705-1117 (phone & fax)
ddacus@dacusfirm.com

Respectfully submitted,

*/s/ Deron R. Dacus*
Deron R. Dacus
State Bar No. 00790553
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX  75701
903/705-1117
Fax: 903/705-1117
ddacus@dacusfirm.com

1

## CERTIFICATE OF SERVICE

    I hereby certify that on this the 3rd day of February, 2012, a true and correct copy of the foregoing instrument was served upon all parties via electronic mail.

*/s/ Deron R. Dacus*
Deron R. Dacus