IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CONVOLVE, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | Civil Action No. 2:08-cv-244-RSP |
| DELL INC., WESTERN DIGITAL § | |
| CORPORATION, HITACHI GLOBAL § | |
| STORAGE TECHNOLOGIES, INC., and § | |
| HITACHI LTD., § | |
| § | |
| Defendants. § | |

**ORDER GRANTING DEFENDANT DELL INC.'S**
**UNOPPOSED MOTION TO WITHDRAW COUNSEL**

Having considered Defendant Dell Inc.'s Unopposed Motion to Withdraw Counsel, the Court is of the opinion that Dell's motion should be **GRANTED**. It is thereby **ORDERED** that Christopher Ponder is withdrawn as counsel for Defendant Dell Inc., and that Mr. Ponder shall be removed from the service list in this case.

**SIGNED this 21st day of February, 2012.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE